**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, BREAST CANCER PREVENTION PARTNERS, CENTER FOR ENVIRONMENTAL HEALTH, CENTER FOR FOOD SAFETY, CENTER FOR SCIENCE IN THE PUBLIC INTEREST, DEFEND OUR HEALTH, ENVIRONMENTAL DEFENSE FUND, and LEARNING DISABILITIES ASSOCIATION OF ILLINOIS, | No. 24-1382 |

*Petitioners*,

v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION and its
Commissioner,[1]

*Respondents*.

**PETITIONERS' NON-BINDING STATEMENT OF ISSUES**

This case challenges the final order of Respondent U.S. Food and Drug

Administration ("FDA") in an administrative petition proceeding that sought to

---

[1] Per Federal Rule of Appellate Procedure 43(c), when a public officer who is a party to an appeal or other proceeding in an official capacity resigns, their successor is automatically substituted as a party. As of the time of this filing, a successor to former Commissioner Dr. Robert M. Califf has not been named.

revoke FDA regulations authorizing the use of certain toxic chemicals known as phthalates as additives in food-contact materials. Env't Def. Fund et al.; Response to Objections and Requests for a Public Hearing, 89 Fed. Reg. 86,290 (Oct. 30, 2024) (the "Order"). FDA's Order—which denied objections to the agency's prior denial of a petition to revoke these authorizations—leaves in effect FDA authorizations for uses of phthalates in food packaging and food-production materials that lead to contamination of food and drinks, exposing consumers to chemicals that are linked to birth defects, harm to children's brain development, infertility, preterm birth, and other serious health harms.

Pursuant to this Court's order of December 23, 2024, Petitioners Alaska Community Action on Toxics, Breast Cancer Prevention Partners, Center for Environmental Health, Center for Food Safety, Center for Science in the Public Interest, Defend Our Health, Environmental Defense Fund, and Learning Disabilities Association of Illinois submit the following non-binding statement of issues to be raised in their challenge to FDA's Order:

1.      Whether FDA's Order is arbitrary, capricious, and contrary to law because FDA applied an erroneous legal standard to the objectors' request that FDA revoke its existing authorizations for food-additive uses of phthalates based on evidence of their health risks.

2.     Whether FDA's Order is arbitrary, capricious, and contrary to law because FDA did not rationally consider evidence in the record that the approved phthalates pose serious risks to human health and that consumption of contaminated food and drinks is a significant exposure source, which undermines FDA's prior determinations that the approved food-additive uses of these phthalates are safe.

3.     Whether FDA's Order is arbitrary, capricious, and contrary to law because FDA did not consider the cumulative effects of dietary exposure to multiple phthalates that are associated with similar adverse health effects.

4.     Whether FDA acted contrary to the Federal Food, Drug, and Cosmetic Act and FDA's regulations by denying the objectors' request for a public hearing on their objections.

DATED: January 22, 2025                    Respectfully submitted,

                                           */s/Katherine K. O'Brien*
                                           Katherine K. O'Brien
                                           Earthjustice
                                           P.O. Box 2297
                                           South Portland, ME 04116
                                           (212) 284-8036
                                           kobrien@earthjustice.org

                                           Kelly E. Lester
                                           Lakendra S. Barajas
                                           Earthjustice
                                           48 Wall St., Floor 15
                                           New York, NY 10005

(332) 251-0243
(212) 284-8025
klester@earthjustice.org
lbarajas@earthjustice.org

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing/attached documents with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the Appellate Electronic Filing system.

DATED: January 22, 2025                    */s/Katherine K. O'Brien*
                                           Katherine K. O'Brien