**No. 24-1382**                               **September Term, 2024**

FDA-89FR86290

**Filed On: May 27, 2025** [2117431]

Alaska Community Action on Toxics, et al.,

       Petitioners

    v.

United States Food and Drug Administration and Martin Makary, in his official capacity as Commissioner of the United States Food and Drug Administration,

       Respondents

## O R D E R

Upon consideration of respondents' consent motion for a 57-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Respondents' Brief | July 25, 2025 |
| Petitioners' Reply Brief | September 26, 2025 |
| Deferred Appendix | October 14, 2025 |
| Final Briefs | October 24, 2025 |

                                     **FOR THE COURT:**
                                     Clifton B. Cislak, Clerk

                       BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk