**[ORAL ARGUMENT NOT YET SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Respondents. | No. 24-1382 |

**MOTION FOR A 19-DAY EXTENSION OF TIME TO FILE RESPONDENTS' BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 28(e), the government respectfully requests a 19-day extension of time, to and including August 13, 2025, to file the government's response brief in this case. Petitioners take no position on this request. With the proposed extension, the parties would be subject to the following schedule:

| | |
|---|---|
| Respondents' Proof Brief | August 13, 2025 |
| Petitioners' Proof Reply Brief | October 15, 2025 |
| Deferred Appendix | October 29, 2025 |
| Final Briefs | November 12, 2025 |

In support of this motion, the government states the following:

1.      On December 19, 2024, petitioners filed a petition for review of a decision by the FDA, which overruled petitioners' administrative objections and denied petitioners' hearing request concerning FDA's denial of a food additive petition.  On February 13, 2025, the Court issued an order setting a briefing schedule, under which petitioners' opening brief was due March 28, 2025, and the government's response brief was due May 29, 2025.  Petitioners timely filed their opening brief on March 28, 2025.  To accommodate the scheduling needs of both parties, the government sought and received one 57-day extension of time.  The government's response brief is currently due July 25, 2025.

2.      The government respectfully requests an additional 19-day extension of time, to and including August 13, 2025, to file its response brief.  The undersigned represents that an extension is necessary to ensure adequate time to prepare and file the government's brief, and to ensure sufficient time to coordinate inter-agency review, in light of other appellate deadlines faced by government counsel—several of which have arisen since the original motion was granted and involve time-sensitive matters—and summer leave schedules.

McKaye L. Neumeister has principal responsibility for preparing the government's brief in this case. Ms. Neumeister also has responsibility for the following matters with recent and impending deadlines: *U.S. Institute of Peace v. Jackson*, No. 25-5185 (D.C. Cir.) (emergency stay motion filed May 23; reply filed June 9); *La Union Del Pueblo Entero v. FEMA*, No. 24-40756 (5th Cir.) (response brief filed June 23); *Asante v. Kennedy*, No. 23-5055 (D.C. Cir.) (response to rehearing petition filed July 7); *U.S. Institute of Peace v. Jackson*, No. 25-5185 (D.C. Cir.) (response to rehearing petition filed July 11); *Doe v. Bondi*, Nos. 25-5099, 25-5101, 25-5108 (D.C. Cir.) (consolidated reply brief due July 21); *State of New York v. Trump*, No. 23-5103 (D.C. Cir.) (reply brief due August 22); *U.S. ex rel. Walthour v. Middle Georgia Family Rehab, LLC*, No. 24-14102 (11th Cir.) (response brief due August 26), as well as numerous time-sensitive internal matters. Finally, Ms. Neumeister will be out of the country on long-scheduled annual leave from July 26 to August 3.

Daniel Tenny has supervisory responsibility for the government's brief in this case. Mr. Tenny also has supervisory responsibility for the following matters with recent and impending deadlines: *Music Choice v. Copyright Royalty Board*, No. 25-1039 (D.C. Cir.) (response brief filed July 2); *King County v. Turner*, No. 25-3664 (9th Cir.) (opening brief filed July 8);

*Sustainability Institute v. Trump*, No. 25-1575 (4th Cir.) (on expedited schedule, reply brief filed July 14); *Southwest Airlines Co. v. TSA*, No. 25-60052 (5th Cir.) (response brief due July 30); *American Ass'n of Colleges for Teacher Education v. Department of Education*, No. 25-1281 (4th Cir.) (reply brief due August 6); *Woonasquatucket River Watershed Council v. U.S. Dep't of Agriculture*, No. 25-1428 (1st Cir.) (opening brief due August 6); *Bacardi Co. v. PTO*, No. 25-1355 (4th Cir.) (response brief due August 8); *New York v. Trump*, No. 25-1236 (1st Cir.) (reply brief due August 8); *Vanda Pharms. Inc. v. FDA*, No. 25-5041 (D.C. Cir.) (response brief due August 11); *Battieste v. United States*, No. 25-60111 (5th Cir.) (response brief due August 11); *Norwich Pharms. Inc. v. Secretary of HHS*, No. 23-5311 (D.C. Cir.) (response brief due August 13); *State of New York v. Trump*, No. 23-5103 (D.C. Cir.) (reply brief due August 22). Mr. Tenny has also been out of the office, and will be out of the office for another period later in July, due to a health condition of his minor child.

3. Under the proposed extension, the parties will be subject to the following revised schedule:

| | |
|---|---|
| Respondents' Proof Brief | August 13, 2025 |
| Petitioners' Proof Reply Brief | October 15, 2025 |
| Deferred Appendix | October 29, 2025 |
| Final Briefs | November 12, 2025 |

4. Counsel for petitioners has authorized the undersigned counsel to state that they take no position on the government's motion.

Respectfully submitted,

DANIEL TENNY
/s/ *McKaye L. Neumeister*
MCKAYE L. NEUMEISTER
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7231*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-8100*

JULY 2025

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 754 words.

/s/ *McKaye L. Neumeister*
MCKAYE L. NEUMEISTER

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *McKaye L. Neumeister*
MCKAYE L. NEUMEISTER
