# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 24-1382

September Term, 2025

FDA-89FR86290

Filed On: October 31, 2025 [2143247]

Alaska Community Action on Toxics, et al.,

        Petitioners

    v.

United States Food and Drug
Administration and Martin Makary, in his
official capacity as Commissioner of the
United States Food and Drug
Administration,

        Respondents

## O R D E R

Upon consideration of the motion for a stay of the deadline for the final briefs in light of lapse of appropriations, it is

**ORDERED** that the motion be granted and this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in this case within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk