No. 24-1382                                         September Term, 2025
FDA-89FR86290

Filed On: November 17, 2025 [2145651]

Alaska Community Action on Toxics, et al.,

    Petitioners

    v.

United States Food and Drug
Administration and Martin Makary, in his
official capacity as Commissioner of the
United States Food and Drug
Administration,

    Respondents

# O R D E R

Upon consideration of the joint motion to govern further proceedings, it is

**ORDERED** that the motion be granted, and that this case be removed from abeyance and returned to the court's active docket. It is

**FURTHER ORDERED** that the following briefing schedule apply in this case:

  Final Briefs                                         November 21, 2025

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                           BY:    /s/
                                   Michael C. McGrail
                                   Deputy Clerk