# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1382** | **September Term, 2025** |
| | FDA-89FR86290 |
| | **Filed On: November 20, 2025** [2146370] |

Alaska Community Action on Toxics, et al.,

      Petitioners

    v.

United States Food and Drug Administration and Martin Makary, in his official capacity as Commissioner of the United States Food and Drug Administration,

      Respondents

## **O R D E R**

Upon consideration of petitioners' unopposed motion to supplement the joint appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental joint appendix.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

      BY:    /s/
             Louis Karl Fisher
             Deputy Clerk