IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ALASKA COMMUNITY ACTION ON TOXICS, ET AL.,

*Petitioners*,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION,

*Respondent*,

On Petition for Review of a
Final Rule of the U.S. Food and Drug Administration

## FINAL BRIEF OF AMICI CURIAE
## PUBLIC HEALTH EXPERTS
## IN SUPPORT OF PETITIONERS

JARED E. KNICLEY
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
(202) 513-6242
jknicely@nrdc.org


*Counsel for Amici Curiae*

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

### A.    Parties and Amici

Except as indicated below, all parties and amici curiae in this Court are listed in the certificate to Brief of Petitioners Alaska Community Action on Toxics et al. That brief does not list Dr. Deborah H. Bennett, Ph.D.; Dr. Linda S. Birnbaum, Ph.D.; Dr. Stephanie M. Engel, Ph.D.; Dr. Russ Hauser, Sc.D., M.D., M.P.H.; Dr. Susan Schantz, Ph.D.; or Dr. Ami Zota, Sc.D., M.S., who appear as amici in support of Petitioners.

### B.    Ruling Under Review

References to the ruling under review appear in the certificate to Petitioners' Brief.

### C.    Related Cases

There are no related cases within the meaning of Circuit Rule 28(a)(1)(C).

# TABLE OF CONTENTS

CERTIFICATE AS TO PARTIES, RULINGS, AND
    RELATED CASES ................................................................i

GLOSSARY ........................................................................x

INTEREST OF AMICI CURIAE.................................................1

INTRODUCTION AND SUMMARY OF ARGUMENT ........................6

ARGUMENT ....................................................................10

I.    Scientific understanding of phthalates' health
    risks has advanced significantly since FDA
    approved phthalates as food additives .........................10

II.   Current scientific evidence links phthalate
    exposure to serious health harms................................16

    A.    Phthalate exposure is linked to reproductive
        harms....................................................................17

    B.    Phthalate exposure is linked to
        neurodevelopmental harms ................................21

    C.    Children, infants, and underserved
        communities are disproportionately exposed
        and particularly vulnerable to phthalates ...........26

    D.    Cumulative exposures to multiple
        phthalates compound health risks .....................30

III.  Diet is a primary exposure pathway for
    phthalates....................................................................32

CONCLUSION ..................................................................35

CERTIFICATE OF COMPLIANCE........................................37

CERTIFICATE OF SERVICE................................................38

# TABLE OF AUTHORITIES

## Statutes

21 U.S.C. § 348(c)(3)(A) ............................................................... 7

21 U.S.C. § 348(c)(5)(B) ............................................................. 31

## Regulations

21 C.F.R. § 170.3(i) .................................... 7, 9, 16, 17, 26, 36

21 C.F.R. §§ 181.1, 181.5, 181.27 .......................................... 10

87 Fed. Reg. 31,066 (May 20, 2022) ...................................... 10

## Other Authorities

Akhgar Ghassabian et al., *Prenatal Exposure to Common Plasticizers: A Longitudinal Study on Phthalates, Brain Volumetric Measures, and IQ in Youth*, 28 Mol Psychiatry 4814 (2023) .................................................. 25

Ami R. Zota et al., *Recent Fast Food Consumption and Bisphenol A and Phthalates Exposures among the U.S. Population in NHANES, 2003-2010*, 124 Env't Health Persps. 1521 (2016) ......................................... 34

Arnold Schecter *et al.*, *Phthalate Concentrations and Dietary Exposure from Food Purchased in New York State*, 121 Env't Health Persp. 473 (2013) ............................ 16, 33

B. C. Blount et al., *Levels of Seven urinary Phthalate Metabolites in a Human Reference Population*, 10 Env't Health Persp. 979 (2000) ...................................... 12

Bung-Nyun Kim et al., *Phthalates Exposure and Attention-Deficit/Hyperactivity Disorder in School-Age Children*, 66 Biological Psychiatry 958 (2009) ................................ 23

Caitlin R. Sacha et al., *Urinary Phthalate Metabolite Concentrations are Negatively Associated with Follicular Fluid Anti-müllerian Hormone Concentrations in Women Undergoing Fertility Treatment*, 157 Env't Int'l 106809 (2021) ...................................... 20

Carmen Messerlian et al., *Urinary Phthalate Metabolites and Ovarian Reserve Among Women Seeking Infertility Care*, 31 Hum. Reprod. 75 (2016) ................................. 20

Centers for Disease Control and Prevention, *National Health and Nutrition Examination Survey Laboratory Data, Continuous NHANES* .................................................................. 13

Centers for Disease Control and Prevention, *National Health and Nutrition Examination Survey, 2011-2012 Data Documentation, Codebook, and Frequencies, Phthalates & Plasticizers Metabolites - Urine (PHTHTE_G)* (2014) ........................................................ 13

Chronic Hazard Advisory Panel, *Report to the Consumer Product Safety Commission on phthalates and Phthalate Alternatives* (2014) ............................. 13, 17, 18, 19, 22, 24, 25, 26, 30, 31, 32, 34

FDA, *Phthalates in Food Packaging and Food Contact Applications* (Oct. 29, 2024) ........................................... 10

Fed. Judicial Ctr., *Reference Manual on Scientific Evidence* 23 (2011) .................................................................. 11, 12

Francheska M. Merced-Nieves et al., *Associations of Prenatal Exposure to Phthalates with Measures of Cognition in 4.5-Month-Old Infants*, 18 Int. J. Env't Rsch. & Pub. Health 1838 (2021) ................................... 24

Genoa R. Warner et al., *Urinary Phthalate Metabolite Concentrations and Hot Flashes in Women from an*

*Urban Convenience Sample of Midlife Women*, 197 Env't Rsch. 110981 (2021)..............................................21

Haotian Wu et al., *Parental Contributions to Early Embryo Development: Influences of Urinary Phthalate and Phthalate Alternatives Among Couples Undergoing IVF Treatment*, 32 Hum. Reprod. 65 (2017)................................20

Holger M. Koch et al., *Identifying Sources of Phthalate Exposure with Human Biomonitoring: Results of a 48 h Fasting Study with Urine Collection and Personal Activity Patterns*, 216 Int'l J. Hygiene & Env't Health 672 (2013) .......................................................34

Holger M. Koch et al., *Internal Exposure of Nursery-School Children and Their Parents and Teachers to Di(2-ethylhexyl)phthalate (DEHP)*, 207 Int'l J. Hygiene & Env't Health 15 (2004) ..................................................27

Jake E. Thistle et al., *Urinary Metabolite Concentrations of Phthalate and Plasticizers in Infancy and Childhood in the UNC Baby Connectome Project*, 259 Env't Rsch. 119467 (2024) ................................................27

Jennifer J. Yland et al., *Phthalate and DINCH Urinary Concentrations Across Pregnancy and Risk of Preterm Birth*, 292 Env't Pollution 118476 (2022) ......................................21

Julia R. Varshavsky et al., *A Novel Method for Calculating Potency-Weighted Cumulative Phthalates Exposure with Implications for Identifying Racial/Ethnic Disparities among U.S. Reproductive-Aged Women in NHANES 2001-2012*, 50 Env't Sci. & Tech. 10616 (2016) .......................................................29

Julia R. Varshavsky et al., *Dietary Sources of Cumulative Phthalates Exposure Among the U.S. General Population in NHANES 2005-2014*, 115 Env't Int'l 417 (2018) .......................................................32, 35

Justin M. Conley et al., *A Mixture of 15 Phthalates and Pesticides Below Individual Chemical No Observed Adverse Effects Levels (NOAELs) Produces Reproductive Tract Malformations in the Male Rat*, 156 Env't Int'l 106615 (2021) ........................................................ 30

Katharina M. Main et al., *Human Breast Milk Contamination with Phthalates and Alterations of Endogenous Reproductive in Infants Three Months of Age*, 114 Env't Health Persp. 270 (2006) ...................................... 27

L.E. Dodge et al., *Associations Between Paternal Urinary Phthalate Metabolite Concentrations and Reproductive Outcomes Among Couples Seeking Fertility Treatment*, 58 Reprod. Toxicology 184 (2015) ................................................. 20

Lariah Edwards et al., *Phthalate and Novel Plasticizer Concentrations in Food Items From U.S. Fast Food Chains: a Preliminary Analysis*, 32 J. Exposure Sci. & Env't Epidemiology 366 (2022) ...................................... 35

Leonardo Trasande et al., *Prenatal Phthalate Exposure and Adverse Birth Outcomes in the USA: A Prospective Analysis of Births and Estimates of Attributable Burden and Costs*, 8 Lancet e74 (2024) ...................................... 21

M.J. Silva, *Detection of Phthalate Metabolites in Human Amniotic Fluid*, 72 Bull. Env't Contamination & Toxicology 1226 (2004) ................................................. 27

Mary E. Sterrett et al., *Maternal Food and Beverage Consumption Behaviors and Discrepant Phthalate Exposure by Race*, 18 Int'l J. Env't Rsch. & Pub. Health 2190 (2021) ................................................. 29

Matthias Wittassek et al., *Assessing Exposure to Phthalates - The Human Biomonitoring Approach*, 55 Molecular Nutrition & Food Rsch. 7 (2011) ...................................... 13

Prahlad K. Seth, *Hepatic Effects of Phthalate Esters*, 45 Env't Health Persp. 27 (1982) ....................................... 12

Roni W. Kobrosly et al., *Socioeconomic Factors and Phthalate Metabolite Concentrations Among United States Women of Reproductive Age*, 115 Env't Rsch. 11 (2012) .............................................................. 29

Roni W. Kobrosly, et al., *Prenatal Phthalate Exposures and Neurobehavioral Development Scores in Boys and Girls at 6-10 Years of Age,* 122 Env't Health Persp. 521 (2014) .............................................................. 24

Roopa Krithivasan et al., *Analysis of Ortho-phthalates and Other Plasticizers in Select Organic and Conventional Foods in the United States*, 33 J. Exposure Sci.& Env't Epidemiology 778 (2023) ................................... 33

Russ Hauser et al., *Urinary Phthalate Metabolite Concentrations and Reproductive Outcomes among Women Undergoing in Vitro Fertilization: Results from the EARTH Study*, 124 Env't Health Persp. 831 (2016) ............... 21

S.D. Gangolli, *Testicular Effects of Phthalate Esters*, 45 Env't Health Persp. 77 (1982) ....................................... 12

S.I. Shibko & H. Blumenthal, *Toxicology of Phthalic Acid Esters Used in Food-Packaging Material*, 3 Env't Health Persp. 131 (1973) ......................................... 11

Shanna H. Swan et al., *Decrease in Anogenital Distance Among Male Infants with Prenatal Phthalate Exposure*, 113 Env't Health Persp. 1056 (2005) ..................... 14, 19

Shanna H. Swan et al., *Environmental Phthalate Exposure in Relation to Reproductive Outcomes and Other Health Endpoints in Humans*, 108 Env't Rsch. 177 (2008) .............................................................. 14

Shanna H. Swan et al., *First Trimester Phthalate Exposure and Anogenital Distance in Newborns*, 30 Hum. Reprod. 963 (2015) ........................................................ 19

Stephanie M. Engel et al., *Neurotoxicity of Ortho-phthalates: Recommendations for Critical Policy Reforms to Protect Brain Development in Children*, 111 Am. J. Pub. Health 687 (2021) .........................22, 23, 24, 25, 26, 31, 32, 36

Stephanie M. Engel et al., *Prenatal Phthalates, Maternal Thyroid Function, and Risk of Attention-Deficit Hyperactivity Disorder in the Norwegian Mother and Child Cohort*, 126 Env't Health Persp. 057004 (2018) .................. 24

Susan M. Duty et al., *Phthalate Exposure and Human Semen Parameters*, 14 Epidemiology 269 (2003) .......................... 19

Susan M. Duty et al., *The Relationship between Environmental Exposures to Phthalates and DNA Damage in Human Sperm Susan Using the Neutral Comet Assay*, 111 Env't Health Persp. 1164 (2003) ..................... 19

T. Fierens et al., *Transfer of Eight Phthalates Through the Milk Chain – A Case Study*, 51 Env't Int'l 1 (2013) ..................... 32

Tamarra M. James-Todd et al., *Racial/Ethnic Disparities in Environmental Endocrine Disrupting Chemicals and Women's Reproductive Health Outcomes: Epidemiological Examples Across The Life Course*, 3 Current Epidemiology Reps. 161 (2016) ........................................ 29

Teresa Cirillo et al., *Exposure to Di-2-Ethylhexyl Phthalate, Di-N-Butyl Phthalate and Bisphenol A through Infant Formulas*, 63 J. Agric. & Food Chemistry 3303 (2015) ................ 27

Trine Staak Olesen et al., *Prenatal Phthalate Exposure and Language Development in Toddlers from the Odense Child Cohort*, 65 Neurotoxicology & Teratology 34 (2018) ............................................................. 24

Yayoi Suzuki et al., *Foetal Exposure to Phthalate Esters and Anogenital Distance in Male Newborns*, 35 Int'l J. Andrology 236 (2012) ............................................................... 14, 19

Yeni Kim et al., *Prenatal Exposure to Phthalates and Infant Development at 6 Months: Prospective Mothers and Children's Environmental Health (MOCEH) Study*, 119 Env't Health Persp. 1495 (2011) ..................................................... 24

# GLOSSARY

diallyl phthalate                                        DAP

dicyclohexyl phthalate                                   DCHP

di-2(ethylhexyl) phthalate                               DEHP

diisononyl phthalate                                     DINP

diisodecyl phthalate                                     DIDP

U.S. Food & Drug Administration                          FDA

National Health and Nutrition Examination Survey         NHANES

## INTEREST OF AMICI CURIAE

Amici are scientists who are among the world's leading experts on the health effects of exposure to phthalates and similar chemicals, especially among infants, children, and pregnant women. All amici have published multiple scientific articles on the health effects associated with phthalate exposure, including articles that are in the administrative record in this case. Amici have a strong interest in protecting infants, children, and pregnant women by ensuring the U.S. Food and Drug Administration's approval of phthalates as food additives is based on robust scientific evidence and is consistent with the current scientific understanding of phthalates' harms to public health.[1]

**Amicus Dr. Deborah H. Bennett, Ph.D.**, is a Professor in the Department of Public Health Science at the University of California, Davis. Dr. Bennett is an exposure scientist who works closely with epidemiologists and toxicologists to research how chemicals, including

---

[1] Amici affirm that no counsel for a party authored this brief in whole or in part, and no person other than Amici or their counsel made any monetary contributions intended to fund the preparation or submission of this brief. All parties have consented to Amici's filing of this brief.

phthalates, make their way into the body and set off biological reactions that lead to certain diseases and conditions. Dr. Bennett has served on the Environmental Protection Agency's Charter Science Advisory Board, two National Academy Panels, and the Synthetic Turf Advisory Panel for the California Office of Environmental Health Hazard Assessment.

**Amicus Dr. Linda S. Birnbaum, Ph.D.**, was the director of the National Institute of Environmental Health Sciences of the National Institutes of Health, and the National Toxicology Program, from 2009 to 2019. She now serves as a Scholar in Residence in the Nicholas School of the Environment of Duke University. A board-certified toxicologist, Dr. Birnbaum's research focuses on the pharmacokinetic behavior of environmental chemicals, toxicants' mechanisms of action including endocrine disruption, and linking of real-world exposures to human health effects. Dr. Birnbaum is the author of more than 700 peer-reviewed publications, book chapters, and reports, and an elected member of the National Academy of Medicine.

**Amicus Dr. Stephanie M. Engel, Ph.D.**, is a Professor in the Department of Epidemiology at the University of North Carolina's

Gillings School of Global Public Health. Dr. Engel is an expert on phthalate exposures during pregnancy and early life and their relationship with pregnancy outcome and child development. Her research considers, in part, the effects of prenatal exposure to phthalates and other chemicals on children's brain development. Among other studies, Dr. Engel led a study of mothers and children that found prenatal exposure to di-2(ethylhexyl) phthalate was associated with a three-fold increased risk of attention deficit hyperactivity disorder clinical diagnosis among children. Dr. Engel has co-authored more than 150 articles published in leading scientific journals.

**Amicus Dr. Russ Hauser, Sc.D., M.D., M.P.H.**, is the Frederick Lee Hisaw Professor of Reproductive Physiology and Professor in the Department of Environmental Health at Harvard University's T.H. Chan School of Public Health. He also serves as a Professor of Obstetrics, Gynecology, and Reproductive Biology at Harvard Medical School. Dr. Hauser's research examines the potential effects of phthalates and other environmental chemicals on fertility, pregnancy outcomes, and children's health. He has co-authored more than 450 original research articles published in leading scientific journals. For

the past 25 years, he has led the Environment and Reproductive Health (EARTH) study funded by the National Institutes of Health. The EARTH study investigates the effects of phthalates and other chemicals classified as endocrine disruptors on male and female reproductive health endpoints.

**Amicus Dr. Susan Schantz, Ph.D.**, is a Professor Emerita of Comparative Biosciences at the University of Illinois at Urbana-Champaign. She also serves as a Professor Emerita at the University's Neuroscience Program and Beckman Institute for Advanced Science and Technology. Her research focuses on understanding the nervous system effects of several widespread environmental contaminants, including phthalates. She leads a prospective pregnancy and birth cohort, The Illinois Kids Development Study (IKIDS), which is part of the Environmental Influences on Child Health Outcomes (ECHO) Program. Her current research focuses on prenatal chemical exposures and cognitive development in infancy and early childhood. She also has extensive research experience using animal models to study the impact of chemical and dietary exposures on cognitive function across the

lifespan. She has published over 125 peer-reviewed research articles in scientific journals.

Amicus **Dr. Ami Zota, Sc.D., M.S.**, is an Associate Professor of Environmental Health Sciences at the Columbia University Mailman School of Public Health. Dr. Zota's work seeks to secure environmental justice and improve health equity through advancements in science, policy, and clinical practice. Much of her current research focuses on the effects of exposure to phthalates and other endocrine-disrupting chemicals during pregnancy. Dr. Zota has published dozens of articles on women's health, children's health, and toxic chemicals in leading journals.

## INTRODUCTION AND SUMMARY OF ARGUMENT

Ortho-phthalates—phthalates, for short—are a class of synthetic chemicals omnipresent in modern society. Some phthalates are used as plasticizers in consumer products made with vinyl plastics, such as medical supplies/devices, toys, and food processing and packaging materials. Phthalates are also used in personal care products, such as cosmetics, and in building materials. As a result, exposure to phthalates—which are associated with serious health harms—is virtually inescapable. Nearly everyone in the United States has measurable levels of metabolites in their bodies associated with exposure to multiple phthalates.

Because phthalates are manmade chemicals that are intentionally incorporated into products, stronger regulations are needed to reduce these exposures and associated harms. Indeed, in many contexts, regulators have the obligation to limit or prohibit phthalates if necessary to protect public health. The U.S. Food & Drug Administration (FDA) has failed to fulfill that obligation here.

Between 40 and 60 years ago, FDA approved more than two dozen phthalates—including the five at issue here[2]—as food additives to be used in food packaging and other materials that contact food. FDA's approvals were based on its assessment of data on phthalates' risks available between 1961 and 1985. At that time, there was little epidemiological research on phthalates. But toxicological studies already showed that phthalates could disrupt the reproductive development of male rats and may have liver toxicity. And FDA was aware that phthalates could migrate into foods.

The issue in this case is FDA's 2024 denial of a petition to revoke the food-additive authorizations for phthalates. The Food, Drug and Cosmetic Act requires FDA to ensure that phthalates' use as food additives "will be safe." 21 U.S.C. § 348(c)(3)(A). And FDA's regulations define "safe" to mean that "there is a reasonable certainty in the minds of competent scientists that the substance is not harmful under the conditions of its intended use." 21 C.F.R. § 170.3(i).

---

[2] These are diallyl phthalate (DAP), dicyclohexyl phthalate (DCHP), di-2(ethylhexyl) phthalate (DEHP), diisononyl phthalate (DINP), and diisodecyl phthalate (DIDP).

Even assuming competent scientists could have made that finding 40 to 60 years ago when FDA issued the authorizations for phthalates, that is no longer the case. Scientific understanding of phthalates' health harms has deepened significantly in the past half-century. When FDA issued its original approvals, information on phthalates' risks mostly came from rodent toxicological studies performed under controlled laboratory settings. Scientists have since conducted numerous epidemiological studies that affirm and strengthen findings in the toxicological literature and provide additional insight into phthalates' health effects. Advancements in human studies include the development of biomarkers that measure exposure through urinary concentrations of phthalate metabolites in individuals.

The robust data from research conducted since FDA's original approvals do not support a conclusion that phthalates use as food additives is "safe." In particular, the epidemiological studies published in the past two decades—many of which Amici co-authored—have established diet as a primary exposure pathway for many phthalates and linked specific phthalates to a wide array of adverse health outcomes. These studies have demonstrated that phthalates can disrupt

development and function of the reproductive system and have found in humans what rodent toxicological studies had previously reported: that prenatal exposures to some phthalates were associated with permanent malformations of the male reproductive tract. An expanding collection of literature also indicates that prenatal phthalate exposure in people can impair brain development and increase risks of learning, attention, and behavioral disorders—risks unknown to FDA at the time of the approvals. And studies repeatedly show that the subgroups most vulnerable to phthalates' health risks, including children, infants, and fetuses, face disproportionately high levels of exposures, compounding concerns about phthalates' risks.

Given these significant advancements in the scientific understanding of health risks associated with phthalate exposure, Amici—scientists who have dedicated much of their careers to studying health impacts from chemicals including phthalates—submit that FDA no longer has any basis to conclude, with "reasonable certainty," that phthalates' food-additive uses are "not harmful." 21 C.F.R. § 170.3(i). Because FDA no longer has a valid basis for its approval, the Court should grant the petition for review.

ARGUMENT

## I. Scientific understanding of phthalates' health risks has advanced significantly since FDA approved phthalates as food additives

FDA authorized the use of more than two dozen phthalates as food additives in food-packaging and production materials 40 to 60 years ago.[3] Some phthalates were approved pursuant to prior sanctions, 87 Fed. Reg. 31,066, 31,066-67 (May 20, 2022), which means they were authorized for use before the 1958 Food Additives Amendment and therefore exempt from premarket review and approval, *see* 21 C.F.R. §§ 181.1, 181.5, 181.27. Premarket reviews for the remaining phthalates "occurred between 1965 and 1985,"[4] based on hazard data "provided during the period of 1961 through 1985."[5]

FDA's assessment of phthalates' safety, even if appropriate more than four decades ago, is now dangerously outdated. Since 1985, researchers have significantly improved the tools for measuring phthalate exposure and analyzing its associations with health outcomes in human populations. This work has generated substantial evidence of

---

[3] Food Additive Petition 7-8, JA0967-68 [FDA-012422-23].

[4] FDA, *Letter from Kraus to Rep. Waxman* 1 (Sept. 23, 2014), JA0514 [FDA-013184].

[5] FDA, *Phthalates in Food Packaging and Food Contact Applications* (Oct. 29, 2024), https://tinyurl.com/3utn5fv8 (last visited Apr. 3, 2025).

phthalates' reproductive and neurodevelopmental risks, which undermines any claims that phthalates are safe as food additives. *See infra* Part II.

Prior to the 2000s, understanding of phthalates' risks mostly came from toxicological studies performed on rodents.[6] Toxicology "is an experimental science." Fed. Judicial Ctr., *Reference Manual on Scientific Evidence* 23 (2011). Because of ethical prohibitions on exposing humans to known toxicants, toxicological studies "usually involve exposing laboratory animals . . . to chemical or physical agents" and "monitoring the [health] outcomes" compared to control groups. *Id.* at 639. Toxicological studies on whole animals such as rodents are valuable for identifying hazards and for calculating dose-response relationships. Early rodent studies in the 1970s and 1980s already showed that exposure to certain phthalates could cause disruptions to

---

[6] *See, e.g.*, S.I. Shibko & H. Blumenthal, *Toxicology of Phthalic Acid Esters Used in Food-Packaging Material*, 3 Env't Health Persp. 131 (1973) ("Shibko 1973"), JA0017-23 [FDA-002018-24].

reproductive development in male rats[7] and could harm the liver, among other effects.[8]

Epidemiology—which studies "disease or injury in human populations," *Reference Manual on Scientific Evidence* 286—can shed additional light on a chemical's effects on human health under real-world conditions. Epidemiological studies, however, generally require scientists to understand the level of exposure to the chemical at issue. There was limited reliable human exposure information for phthalates when FDA issued its approvals around a half-century ago.[9]

In the past two decades, however, researchers have identified an expanding group of metabolites in the human body that can be used as biomarkers for measuring phthalate exposure, and have developed

---

[7] *See, e.g.*, S.D. Gangolli, *Testicular Effects of Phthalate Esters*, 45 Env't Health Persp. 77 (1982), https://tinyurl.com/2v7fb97s.

[8] *See, e.g.*, Prahlad K. Seth, *Hepatic Effects of Phthalate Esters*, 45 Env't Health Persp. 27 (1982), https://tinyurl.com/5fwjm7jm.

[9] Shibko 1973 at 136, JA0022 [FDA-002023] (explaining that "good metabolic data on the phthalate esters [were] lacking" in 1972); B. C. Blount et al., *Levels of Seven Urinary Phthalate Metabolites in a Human Reference Population*, 10 Env't Health Persp. 979, 979 (2000), https://tinyurl.com/5etphzz3 (explaining that the limited "methods for assessing human exposure" were "subject to laboratory and sample-collection contaminations" due to the ubiquitous presence of phthalates in the laboratory environment).

methods to accurately measure those metabolites in urine samples.[10] This breakthrough has brought "a sharp increase in studies that investigated the internal phthalate exposure" at both the individual and population levels.[11] Since 1999, the Centers for Disease Control and Prevention has been tracking phthalate metabolite levels in its National Health and Nutrition Examination Surveys (NHANES), a series of national surveys of the health and nutrition status of the U.S. population.[12] NHANES data have shown that almost every person in the United States is exposed to phthalates.[13] And biomonitoring data like those from NHANES have enabled longitudinal cohort studies that

---

[10] *See* Chronic Hazard Advisory Panel, *Report to the Consumer Product Safety Commission on Phthalates and Phthalate Alternatives*, 27-28 (2014) ("CHAP Report"), JA0713-14 [FDA-001401-02]; Centers for Disease Control and Prevention, *National Health and Nutrition Examination Survey, 2011-2012 Data Documentation, Codebook, and Frequencies, Phthalates & Plasticizers Metabolites - Urine (PHTHTE_G)* (2014), JA0857-91 [FDA-017695-729].

[11] Matthias Wittassek et al., *Assessing Exposure to Phthalates - The Human Biomonitoring Approach*, 55 Molecular Nutrition & Food Rsch. 7, 13 (2011), JA0440 [FDA-007109].

[12] *See*, *e.g.*, Centers for Disease Control and Prevention, *National Health and Nutrition Examination Survey Laboratory Data, Continuous NHANES*, https://tinyurl.com/39m8u65s (last visited Apr. 3, 2025).

[13] Hauser Decl. 7-8, JA1264-65 [FDA-010704-05].

identify associations between phthalate exposure and health outcomes in humans.

Scientists in the early 2000s began, for the first time, to examine phthalates' effects on human reproductive development in longitudinal studies that followed cohorts of pregnant women over time. In 2005, scientists published the results from the first epidemiological study that assessed the relationship between prenatal phthalate exposure in humans and reproductive development, as indicated by genital measurements such as anogenital distance.[14] Similar studies of other cohorts soon followed.[15] These studies confirmed in humans what toxicological research on rats had also reported—that phthalate exposure *in utero* can disrupt the development of the male reproductive system. *See infra* Part II.A.

---

[14] Shanna H. Swan et al., *Decrease in Anogenital Distance Among Male Infants with Prenatal Phthalate Exposure*, 113 Env't Health Persp. 1056 (2005) ("Swan 2005"), JA0059-64 [FDA-011758-63].

[15] *See, e.g.*, Shanna H. Swan et al., *Environmental Phthalate Exposure in Relation to Reproductive Outcomes and Other Health Endpoints in Humans*, 108 Env't Rsch. 177 (2008), JA0396-414 [FDA-011739-57]; Yayoi Suzuki et al., *Foetal Exposure to Phthalate Esters and Anogenital Distance in Male Newborns*, 35 Int'l J. Andrology 236 (2012) ("Suzuki 2012"), JA0476-84 [FDA-011730-38].

Since these first epidemiological studies, scientists have gained a deeper understanding of the health risks associated with phthalate exposure in human populations. Several dozen prospective cohort studies that analyzed the relationship between urinary phthalates during pregnancy and health outcomes in infancy and childhood have been published in the last 20 years. These studies have generated a set of high-quality data that allowed scientists to link prenatal phthalate exposure to reproductive disorders in humans. *Infra* Part II.A. They have also found associations between prenatal phthalate exposure and adverse neurodevelopmental outcomes, effects that were unknown when FDA approved the phthalates. *Infra* Part II.B. Numerous toxicological studies published since FDA's approvals further support the connections between phthalates and these adverse health outcomes.[16]

At the same time, researchers have more clearly identified the sources of phthalate exposure. In 1973, FDA only suspected that phthalates could leach into foods. Studies over the past 20 years have

---

[16] *See, e.g.*, Objections and Request for Public Hearing 17-18, JA1722-23 [FDA-009547-48].

firmly established diet as a *main* pathway for phthalate exposure. *Infra* Part III. In fact, some phthalates that FDA thought "would not reasonably be expected to migrate into food"[17] turned out to be common in food samples.[18]

Even assuming FDA acted reasonably when it originally approved the phthalates for food-contact uses, Amici submit that no "competent scientists" would disregard the substantial evidence of additional risks developed over the last several decades when determining whether phthalates' food-contact uses are safe. *Cf.* 21 C.F.R. § 170.3(i). As detailed below, this new evidence requires a different conclusion than the one FDA reached nearly half a century ago. *Infra* Parts II-III.

## II. Current scientific evidence links phthalate exposure to serious health harms

The toxicological and epidemiological studies in the past two decades have only further strengthened the case against phthalates' use

---

[17] Shibko 1973 at 132, JA0018 [FDA-002019].
[18] For instance, in 1973 FDA regulated dimethyl phthalate (DMP) under the assumption that uses "under normal conditions of use would not reasonably be expected to migrate into foods." *Id.* at 132, JA0018 [FDA-002019]. However, a study in 2013 found DMP in 37% of food samples. Arnold Schecter *et al.*, *Phthalate Concentrations and Dietary Exposure from Food Purchased in New York State*, 121 Env't Health Persp. 473, 475 (2013) ("Schecter 2013"), JA0498 [FDA-002638].

in food-contact materials. These studies have associated phthalates with myriad adverse reproductive and neurodevelopmental outcomes in humans and have and shown that vulnerable groups—including infants, children, and certain minority groups—are disproportionately exposed to multiple phthalates. Based on this robust and growing body of evidence, there is no doubt in the minds of Amici that using phthalates as food additives is harmful to human health. *Cf.* 21 C.F.R. § 170.3(i).

A.     **Phthalate exposure is linked to reproductive harms**

It has long been understood that prenatal exposure to phthalates can cause reproductive harm. Phthalates disrupt reproductive tract development in the uterus by interfering with the production of testosterone and other reproductive hormones, which are essential for the formation of the reproductive tract and sex organs.[19] As early as four decades ago, scientists observed that prenatal exposure to certain phthalates in rats led to abnormalities indicative of androgen deficiency, characterized by malformations of the male reproductive

---

[19] CHAP Report 16, 18-19, JA0703, 0705-06 [FDA-001390, 001392-93].

system in offspring.[20] They named these malformations the "phthalates syndrome,"[21] and referred to these phthalates as having antiandrogenic effects.[22] Of the five phthalates at issue, three (DEHP, DCHP, and DINP) are known to have antiandrogenic effects.[23]

The growing collection of longitudinal studies on prenatal phthalate exposure have found that a similar association between phthalate exposure and reproductive disorders exists in humans.[24] Disruption to the male reproductive system by prenatal phthalate exposure is the most well-documented.[25] Multiple pregnancy cohort studies—where scientists monitor groups of mother-child pairs over time, starting during pregnancy—found that male infants with higher prenatal phthalate exposures have on average reduced distance from the anus to the external genitalia, called the "anogenital distance," a well-established metric which indicates exposure to antiandrogens

---

[20] *Id.* at 15-16, JA0702-03 [FDA-001389-90].
[21] *Id.*
[22] Hauser Decl. 13-14, JA1270-71 [FDA-010710-11].
[23] CHAP Report 24, JA0711 [FDA-001398] (toxicological studies showing that DEHP, DCHP, and DINP can cause various disruptions to the male reproductive development).
[24] *See generally id.* at 27-29, JA0713-15 [FDA-001401-03].
[25] *Id.* at 28-29, JA0714-15 [FDA-001402-03].

during critical stages of male fetal development.[26] Boys with higher prenatal exposure to phthalates are also at higher risk of male reproductive tract birth defects, such as a malformed penis and undescended testes.[27] These conditions can lead to lifelong problems including adult infertility, if not corrected with extensive surgery during infancy.

Studies over the past two decades have also shown associations between phthalate exposure and other reproductive harms, including in adults. In adult men, phthalate exposure is linked to poor semen quality and damage to sperm DNA.[28] Not surprisingly, higher phthalate exposure in men is also associated with negative reproductive outcomes. In studies examining couples trying to conceive via *in vitro* fertilization, higher exposure to phthalates in males was associated with decreased

---

[26] *See, e.g.*, Swan 2005, JA0059-64 [FDA-011758-63]; Suzuki 2012, JA0476-84 [FDA-11730-38]; Shanna H. Swan et al., *First Trimester Phthalate Exposure and Anogenital Distance in Newborns*, 30 Hum. Reprod. 963 (2015), JA0929-38 [FDA-011764-73].

[27] *See* CHAP Report 28, JA0714 [FDA-001402].

[28] *See* Susan M. Duty et al., *Phthalate Exposure and Human Semen Parameters*, 14 Epidemiology 269 (2003), JA0036-44 [FDA-018801-09]; Susan M. Duty et al., *The Relationship between Environmental Exposures to Phthalates and DNA Damage in Human Sperm Susan Using the Neutral Comet Assay*, 111 Env't Health Persp. 1164 (2003), JA0030-35 [FDA-018788-93].

odds of successful embryo implantation and decreased overall success of IVF.[29]

Recent studies also link phthalate exposure to female reproductive harm. Exposure to certain phthalates in reproductive-aged women is associated with reduced levels of critical reproductive hormones,[30] lowered follicular count, and lower ovarian reserve.[31] And consistent with the findings from studies on men, phthalate exposure in women can reduce the likelihood of conceiving and carrying a full-term pregnancy: Both animal studies and epidemiological studies of multiple pregnancy cohorts have found associations between exposure to phthalates during pregnancy and adverse birth outcomes including

---

[29] *See* L.E. Dodge et al., *Associations Between Paternal Urinary Phthalate Metabolite Concentrations and Reproductive Outcomes Among Couples Seeking Fertility Treatment*, 58 Reprod. Toxicology 184 (2015), JA0947-56 [FDA-018837-46]; Haotian Wu et al., *Parental Contributions to Early Embryo Development: Influences of Urinary Phthalate and Phthalate Alternatives Among Couples Undergoing IVF Treatment*, 32 Hum. Reprod. 65 (2017) JA1207-17 [FDA-020232-42].
[30] Caitlin R. Sacha et al., *Urinary Phthalate Metabolite Concentrations are Negatively Associated with Follicular Fluid Anti-müllerian Hormone Concentrations in Women Undergoing Fertility Treatment*, 157 Env't Int'l 106809 (2021), JA1561-67 [FDA-010330-36].
[31] Carmen Messerlian et al., *Urinary Phthalate Metabolites and Ovarian Reserve Among Women Seeking Infertility Care*, 31 Hum. Reprod. 75 (2016), JA1046-54 [FDA-012819-27].

miscarriages and preterm births.[32,33] A 2024 study estimated that, in 2018 alone, there were more than 50,000 preterm births in the United States due in whole or part to phthalate exposure, costing society at large over $3.8 billion.[34]

## B.    Phthalate exposure is linked to neurodevelopmental harms

Studies over the last two decades have also shown that exposure to phthalates *in utero* and during childhood "can impair brain development and increase [children's] risks for learning, attention, and behavioral disorders."[35] Although the neurotoxicity of phthalates is a

---

[32] *See*, *e.g.*, Russ Hauser et al., *Urinary Phthalate Metabolite Concentrations and Reproductive Outcomes among Women Undergoing in Vitro Fertilization: Results from the EARTH Study*, 124 Env't Health Persp. 831 (2016), JA1063-71 [FDA-020155-63]; Jennifer J. Yland et al., *Phthalate and DINCH Urinary Concentrations Across Pregnancy and Risk of Preterm Birth*, 292 Env't Pollution 118476 (2022), JA2160-68 [FDA-010345-53].

[33] In addition to phthalates' harms to women of reproductive age, researchers have also observed adverse effects of phthalates on women transitioning into the menopause phase. *See*, *e.g.*, Genoa R. Warner et al., *Urinary Phthalate Metabolite Concentrations and Hot Flashes in Women from an Urban Convenience Sample of Midlife Women*, 197 Env't Rsch. 110981 (2021), JA1577-87 [FDA-020251-61].

[34] Leonardo Trasande et al., *Prenatal Phthalate Exposure and Adverse Birth Outcomes in the USA: A Prospective Analysis of Births and Estimates of Attributable Burden and Costs*, 8 Lancet e74 (2024), https://tinyurl.com/ymnbdt68.

[35] *See* Stephanie M. Engel et al., *Neurotoxicity of Ortho-phthalates: Recommendations for Critical Policy Reforms to Protect Brain*

relatively new topic of study, a substantial body of high-quality research

has already generated strong evidence of phthalates'

neurodevelopmental harms. As of 2019, there were "more than 30

published studies" on phthalates' neurotoxicity that measured "prenatal

exposure in longitudinal cohorts assembled from 11 different countries

or territories around the globe."[36]

    This emerging yet robust body of research into phthalates'

neurotoxicity in humans—made possible by the ability to monitor

phthalate exposure through urinary metabolites—underscores risks

that were virtually unknown over 40 years ago when FDA first

approved the chemicals.[37] Indeed, scientists did not begin connecting

---

*Development in Children*, 111 Am. J. Pub. Health 687, 687 (2021)
("Engel 2021"), JA1568 [FDA-011906].

[36] *See id.* at 688, JA1569 [FDA-011907]; CHAP Report 29-33, JA0715-19
[FDA-001403-07] (discussing seven prospective pregnancy cohort
studies published before 2014 in which "urinary phthalates were
measured during pregnancy and related to [neurodevelopment]
outcomes in infancy or childhood").

[37] CHAP Report 29-33 (discussing phthalates' neurodevelopmental
effects based on studies "investigated associations of urinary phthalate
metabolites with neurological measures in infants and children," the
earliest of which was published in 2009), JA0715-19 [FDA-001403-07].

phthalate exposure with neurodevelopment disorders until about 15 years ago.[38]

Since then, prenatal phthalate exposure has frequently been associated with symptoms of or diagnosis with attention-deficit hyperactivity disorder (ADHD).[39] The first epidemiological study examining that connection was published in 2009.[40] Since then, multiple cohort studies around the globe have reported associations between prenatal phthalate exposure and ADHD or ADHD-like behaviors.[41] For example, a 2018 study in Norway found that children of mothers with higher exposures to phthalates in the second trimester were three times more likely to be diagnosed with ADHD as children of mothers with lower exposures.[42]

---

[38] *See* Bung-Nyun Kim et al., *Phthalates Exposure and Attention-Deficit/Hyperactivity Disorder in School-Age Children*, 66 Biological Psychiatry 958, 958-59 (2009) ("Kim 2009") (explaining observations that led scientists to suspect phthalates may damage the developing brain and stating that the study "might be the first to evaluate the relationship between ADHD symptoms in children and phthalate exposure"), JA0428-29 [FDA-019294-95].

[39] Engel 2021 at 688, JA1569 [FDA-011907].

[40] *See* Kim 2009 at 958-59, JA0428-29 [FDA-019294-95].

[41] *See generally* Engel 2021 at 688, JA1569 [FDA-011907].

[42] Stephanie M. Engel et al., *Prenatal Phthalates, Maternal Thyroid Function, and Risk of Attention-Deficit Hyperactivity Disorder in the*

There are other neurodevelopmental issues associated with phthalate exposure as well. Studies have associated phthalate exposure—especially dibutyl phthalate and DEHP exposure—with a wide range of cognitive, motor, and behavioral problems.[43] Prenatal exposure to phthalates is linked to delayed motor and cognitive development,[44] including in infants,[45] and increased behavioral problems.[46] Higher prenatal exposure to some phthalates is also associated with lower scores in language development,[47] poorer working

*Norwegian Mother and Child Cohort*, 126 Env't Health Persp. 057004 (2018), JA1218-28 [FDA-010384-94].

[43] *See* Engel 2021 at 690-91, JA1571-72 [FDA-011909-10]; CHAP Report 30-33, JA0716-19 [FDA-001404-07].

[44] *See, e.g.,* Yeni Kim et al., *Prenatal Exposure to Phthalates and Infant Development at 6 Months: Prospective Mothers and Children's Environmental Health* (MOCEH) Study, 119 Env't Health Persp. 1495 (2011), JA0470-75 [FDA-013615-20].

[45] *See, e.g.,* Francheska M. Merced-Nieves et al., *Associations of Prenatal Exposure to Phthalates with Measures of Cognition in 4.5-Month-Old Infants*, 18 Int. J. Env't Rsch. & Pub. Health 1838 (2021), https://www.mdpi.com/1660-4601/18/4/1838.

[46] *See, e.g.,* Roni W. Kobrosly, et al., *Prenatal Phthalate Exposures and Neurobehavioral Development Scores in Boys and Girls at 6-10 Years of Age,* 122 Env't Health Persp. 521 (2014), JA0893-900 [FDA-020994-1001].

[47] See Trine Staak Olesen et al., *Prenatal Phthalate Exposure and Language Development in Toddlers from the Odense Child Cohort*, 65 Neurotoxicology & Teratology 34 (2018), JA1229-36 [FDA-010406-13].

memory,[48] and reduced child IQ[49]. And higher urinary levels of some phthalates, particularly DEHP, have been linked to poorer cognitive and behavioral test scores across different childhood ages.[50] Indeed, a 2024 study shows that prenatal phthalate exposure can alter brain structure in children. In brain MRI scans, children with higher exposure to phthalates *in utero* had smaller gray matter volumes—or less brain tissue containing cell bodies and nerve synapses—in areas of the brain relating to IQ and cognitive abilities.[51]

Recent toxicological studies and a developing understanding of the mechanism for phthalates' disruption to hormones further confirm phthalates' risks to the developing brain.[52] For example, mice with prenatal phthalate exposure experienced elevated anxiety, impaired memory, and diminished complexity of the nervous system.[53] And phthalates' neurotoxicity is consistent with their ability to interfere

---

[48] Engel 2021 at 690, JA1571 [FDA-011909].
[49] *Id.*
[50] *See* CHAP Report 30, JA0716 [FDA-001404].
[51] Akhgar Ghassabian et al., *Prenatal Exposure to Common Plasticizers: A Longitudinal Study on Phthalates, Brain Volumetric Measures, and IQ in Youth*, 28 Mol Psychiatry, 4814 (2023), https://www.nature.com/articles/s41380-023-02225-6.
[52] Engel 2021 at 690-91, JA1571-72 [FDA-011909-10].
[53] *Id.*

with the synthesis of certain birth hormones critical for brain development.[54] Given the consistent evidence across epidemiological, mechanistic, and toxicological studies, it is imperative to eliminate unnecessary exposures to phthalates to protect brain development, especially in fetuses, infants, and children.

## C. Children, infants, and underserved communities are disproportionately exposed and particularly vulnerable to phthalates

While the omnipresence of phthalates means the entire U.S. population is "co-exposed to many phthalates simultaneously," the harms of those exposures are not distributed evenly.[55] Exposures to phthalates are disproportionately high in some subgroups that are already more vulnerable to phthalates' adverse health effects, which further contributes to the lack of reasonable certainty regarding phthalates' safety as food additives. *Cf.* 21 C.F.R. § 170.3(i).

Large-scale biomonitoring studies show that phthalate exposures are disproportionately high in children, infants, and the developing fetus.[56] A recent study found that the highest exposure occurs in the

---

[54] *Id.*
[55] CHAP Report 3, JA0691 [FDA-001377].
[56] Zota Decl. 17-18, JA1426-27 [FDA-010866-67].

first year of life for several phthalates.[57] In another study, children between two and six years old were found to have higher urinary concentrations of certain phthalate metabolites than adults who frequented the same environment,[58] likely due to the particularly wide range of sources of dietary exposure.[59] For instance, both breast milk and infant formula commonly contain phthalates.[60] Fetuses, on the other hand, are uniquely exposed to phthalates from maternal transfer during pregnancy.[61]

---

[57] Jake E. Thistle et al., *Urinary Metabolite Concentrations of Phthalate and Plasticizers in Infancy and Childhood in the UNC Baby Connectome Project*, 259 Env't Rsch. 119467 (2024), https://tinyurl.com/4x97ystd.

[58] Holger M. Koch et al., *Internal Exposure of Nursery-School Children and Their Parents and Teachers to Di(2-ethylhexyl)phthalate (DEHP)*, 207 Int'l J. Hygiene & Env't Health 15 (2004), JA0051-58 [FDA-021038-45].

[59] Zota Decl. 17-18, JA1426-27 [FDA-010866-67].

[60] Katharina M. Main et al., *Human Breast Milk Contamination with Phthalates and Alterations of Endogenous Reproductive in Infants Three Months of Age*, 114 Env't Health Persp. 270 (2006), JA0065-71 [FDA-013485-91]; Teresa Cirillo et al., *Exposure to Di-2-Ethylhexyl Phthalate, Di-N-Butyl Phthalate and Bisphenol A through Infant Formulas*, 63 J. Agric. & Food Chemistry 3303 (2015) ("Cirillo 2015"), JA0939-46 [FDA-013069-76].

[61] M.J. Silva, *Detection of Phthalate Metabolites in Human Amniotic Fluid*, 72 Bull. Env't Contamination & Toxicology 1226 (2004), JA0045-50 [FDA-013479-84].

Not only are children, infants, and fetuses exposed to higher levels of some phthalates, but they are also "uniquely susceptible" to phthalates' health harms.[62] Conception to early childhood is the most critical period for the development of organs and the central nervous system.[63] As a result, the body is especially sensitive to toxic chemicals during that period, in particular to those like phthalates that disrupt development-regulating hormones. This is supported by the fact that phthalate exposure during the prenatal and early childhood periods has been linked to reproductive and neurodevelopmental harms that are irreversible, resulting in life-long impacts. *Supra* Part II.A-B.

Studies have also documented significant racial and socioeconomic disparities in phthalate exposure. People of color and people of lower incomes are exposed to elevated levels of phthalates. Most notably, Black and Latina women of reproductive ages have higher urinary concentrations of certain phthalate metabolites than their white counterparts.[64] A 2016 study showed that Black women of reproductive

---

[62] Zota Decl. 21, JA1430 [FDA-010870].
[63] Hauser Decl. 17, JA1274 [FDA-010714].
[64] Tamarra M. James-Todd et al., *Racial/Ethnic Disparities in Environmental Endocrine Disrupting Chemicals and Women's*

age face higher cumulative exposures to antiandrogenic phthalates than white women regardless of income levels.[65] Conversely, women with lower socioeconomic status face higher exposure regardless of ethnicity.[66] The harms of higher levels of exposures are magnified by these subgroups' vulnerability to other risk factors, which can be chemical, such as exposure to other hormone-disrupting compounds, or non-chemical, such as food insecurity.[67]

*Reproductive Health Outcomes: Epidemiological Examples Across The Life Course*, 3 Current Epidemiology Reps. 161 (2016), JA1072-1111 [FDA-020905-44]; Mary E. Sterrett et al., *Maternal Food and Beverage Consumption Behaviors and Discrepant Phthalate Exposure by Race*, 18 Int'l J. Env't Rsch. & Pub. Health 2190 (2021), JA1588-1602 [FDA-020971-85].

[65] Julia R. Varshavsky et al., *A Novel Method for Calculating Potency-Weighted Cumulative Phthalates Exposure with Implications for Identifying Racial/Ethnic Disparities among U.S. Reproductive-Aged Women in NHANES 2001-2012*, 50 Env't Sci. & Tech. 10616 (2016), JA1112-20 [FDA-020962-70]; Zota Decl. 15, JA1424 [FDA-010864].

[66] Roni W. Kobrosly et al., *Socioeconomic Factors and Phthalate Metabolite Concentrations Among United States Women of Reproductive Age*, 115 Env't Rsch. 11 (2012), https://tinyurl.com/mu3nzyey.

[67] Hauser Decl. 24-25, JA1281-82 [FDA-010721-22]; Zota Decl. 20-21, JA1429-30 [FDA-010869-70].

### D. Cumulative exposures to multiple phthalates compound health risks

The health risks of phthalates are likely compounded by the cumulative effects of exposure to multiple phthalates. People in the U.S. are exposed "to many phthalates simultaneously."[68] Cumulative exposure to phthalates has, at minimum, additive effects,[69] meaning that "the effects of [a] mixture" of phthalates are "stronger than the effect of the most potent component of the combination."[70] Several experimental studies suggest that a combination of phthalates may exhibit effects at doses that do not produce observable effects for individual phthalates.[71] Indeed, studies have found that phthalate mixtures that included DCHP and DEHP led to reproductive tract malformations in male rats at doses well below those associated with harms produced by individual compounds.[72] There is also evidence that

---

[68] CHAP Report 3, JA0691 [FDA-001377].
[69] Hauser Decl. 24, JA1281 [FDA-010721].
[70] CHAP Report 27, JA0713 [FDA-001401].
[71] *Id.*
[72] *See, e.g.,* Justin M. Conley et al., *A Mixture of 15 Phthalates and Pesticides Below Individual Chemical No Observed Adverse Effects Levels (NOAELs) Produces Reproductive Tract Malformations in the Male Rat*, 156 Env't Int'l 106615 (2021), JA1505-17 [FDA-001207-001219].

mixtures of phthalates and other antiandrogens may cause synergistic effects that magnify harms.[73]

The prevalence of multiple phthalates and their additive and potentially synergistic effects is why the best scientific practice is to evaluate the "hazards of phthalates us[ing] a class approach."[74] That approach would account for the cumulative harms of phthalates and prevent the substitution of one harmful phthalate for another.[75] In fact, because phthalates have "similarities in chemical structures, metabolism, . . . biological activity," and adverse health effects,[76] FDA was required by statute to consider their cumulative effects. *See* Pet. Br. 51 (citing 21 U.S.C. § 348(c)(5)(B), which requires FDA to consider "the cumulative effect" of consuming an additive in combination with "any chemically or pharmacologically related substance[s]"). FDA's failure to consider the cumulative effects of multiple phthalates was arbitrary. *See id.* at 52-56.

---

[73] CHAP Report 27, JA0713 [FDA-001401]
[74] Engel 2021 at 691, JA1572 [FDA-011910].
[75] *Id.* at 691-92, JA1572-73 [FDA-011910-11].
[76] *Id.* at 691, JA1572 [FDA-011910].

## III. Diet is a primary exposure pathway for phthalates

While phthalate exposure can occur via multiple sources, research over the past two decades has established diet as a central exposure pathway for most phthalates.[77] Phthalates are ubiquitous in food-handling materials used throughout the food supply chain: They have been found in plastic equipment for dairy operations, food preparation gloves, conveyer belts, and packaging materials.[78] Data from recent research has confirmed what FDA scientists in 1973 considered only a possibility—that "the large number of phthalates and their regulated uses could result in many [phthalates] migrating to foods."[79] Indeed, because phthalates are not chemically bound to the materials to which

---

[77] CHAP Report 3, JA0691 [FDA-001377]. *See also* Julia R. Varshavsky et al., *Dietary Sources of Cumulative Phthalates Exposure Among the U.S. General Population in NHANES 2005-2014*, 115 Env't Int'l 417, 418 (2018) ("Varshavsky 2018"), JA1239 [FDA-020143].

[78] *See* Engel 2021 at 688, JA1569 [FDA-011907]; Food Additive Petition 15, JA0975 [FDA-012430]; Zota Decl. 10-11, JA1419-20 [FDA-010859-60]; *see also*, *e.g.*, T. Fierens et al., *Transfer of Eight Phthalates Through the Milk Chain – A Case Study*, 51 Env't Int'l 1 (2013), https://tinyurl.com/55t2yzwz (identifying eight phthalates used in all steps in the process of collecting, processing, and selling milk products).

[79] Shibko 1973 at 133, JA0019 [FDA-002020].

they are added, they can easily migrate from food-contact materials into foods that people then ingest.[80]

It is no surprise, then, that phthalates are present in foods commonly found in grocery stores. A 2013 study detected at least one phthalate in all 72 food samples across various food categories, including beverages, dairy, condiments, meat, vegetables, and infant food.[81] DEHP was the most frequently present, detected in 74% of all food samples, including in all seven of the infant food samples.[82] Three other phthalates were detected in more than half of the food samples.[83] Consistent with the 2013 study, a 2015 study on infant formula samples showed that most infant formula samples had measurable levels of DEHP.[84] A 2023 study similarly detected DEHP in all 71 product samples, including infant formulas.[85]

---

[80] *See* Hauser Decl. 8-9, JA1265-66 [FDA-010705-06].

[81] Schecter 2013, JA0496-502 [FDA-002636-42].

[82] *Id.* at 475, JA0498 [FDA-002638].

[83] *Id.* Additionally, DMP—which FDA scientists in 1973 thought would not migrate into food, Shibko 1973 at 132, JA0018 [FDA-002019]—was found in 37% of samples. Schecter 2013 at 475, JA0498 [FDA-002638].

[84] Cirillo 2015, JA0939-46 [FDA-013069-76].

[85] Roopa Krithivasan et al., *Analysis of Ortho-phthalates and Other Plasticizers in Select Organic and Conventional Foods in the United States*, 33 J. Exposure Sci. & Env't Epidemiology 778 (2023), https://www.nature.com/articles/s41370-023-00596-0.

Phthalates' ubiquitous presence in foods translates to extensive human exposure. According to estimates by the Consumer Product Safety Commission's Chronic Hazard Advisory Panel, diet is the "predominant source of exposure" for phthalates including DEHP, DINP, and DIDP.[86] Similarly, a large number of human studies suggest that diet is a major source of exposure for phthalates.[87] These include both observational studies and intervention studies that compare the effects of diet on phthalate levels in the same individuals. For instance, an intervention study that examined individuals in Germany fasting for 48 hours found that diet was the most significant source for DEHP and DINP exposure.[88]

Researchers are also investigating how dietary choices affect phthalate exposures. They have found restaurant foods to be associated

---

[86] CHAP Report App'x E1 at 26, JA0827 [FDA-001762].

[87] Ami R. Zota et al., *Recent Fast Food Consumption and Bisphenol A and Phthalates Exposures among the U.S. Population in NHANES, 2003-2010*, 124 Env't Health Persps. 1521, 1521-22 (2016) ("Zota 2016"), JA1055-56 [FDA-013527-28].

[88] Holger M. Koch et al., *Identifying Sources of Phthalate Exposure with Human Biomonitoring: Results of a 48 h Fasting Study with Urine Collection and Personal Activity Patterns*, 216 Int'l J. Hygiene & Env't Health 672 (2013), JA0504-13 [FDA-013517-26].

with increased phthalate exposure.[89] And a 2016 study with thousands of participants suggested that fast-food consumption is linked to high levels of phthalate exposure,[90] which is consistent with the common presence of phthalates in popular fast-food items.[91] Because phthalate contamination is so widespread in the food supply, however, it is impracticable if not impossible for most people to avoid dietary phthalate exposure through food choices alone.[92]

## CONCLUSION

Research since 1985—and especially in the last 20 years—has established the importance of dietary phthalate exposure and consistently linked phthalates to serious reproductive and neurodevelopmental harms. Based on this research, Amici affirm the conclusion reached in a peer-reviewed article several of them published in 2021: that FDA "no longer [has] any basis . . . to conclude that there is 'reasonable certainty of no harm' from" using phthalates as food

---

[89] Varshavsky 2018, JA1238-50 [FDA-020142-54].
[90] Zota 2016, JA1055-62 [FDA-013527-34].
[91] Lariah Edwards et al., *Phthalate and Novel Plasticizer Concentrations in Food Items From U.S. Fast Food Chains: a Preliminary Analysis*, 32 J. Exposure Sci. & Env't Epidemiology 366 (2022), JA2169-76 [FDA-011934-41].
[92] Zota Decl. 11-14, JA1420-23 [FDA-010860-63].

additives.[93] By keeping these food-additive approvals in place, FDA

chooses to put everyone—particularly infants and children—at the ever-

present risk of lasting reproductive and neurological harms from

phthalates in foods.

The Court should grant the petition for review.

Dated: November 21, 2025       Respectfully submitted,

       */s/ Jared E. Knicley*
       JARED E. KNICLEY
       Natural Resources Defense Council
       1152 15th Street NW, Suite 300
       Washington, D.C. 20005
       (202) 513-6242
       jknicley@nrdc.org

       *Counsel for Amici Curiae Public
       Health Experts*

---

[93] Engel 2021 at 692, JA1573 [FDA-0011911] (quoting 21 C.F.R. § 170.3(i)).

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 29(a)(5) because this brief contains 6,496 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f). This statement is based on the word count function of Microsoft Office Word.

This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in 14-point Century, a proportionally spaced font.

Other than the addition of the joint appendix cites and the correction of typographical errors, this brief is identical to the page-proof brief filed on April 4, 2025.


*/s/ Jared E. Knicley*
Jared E. Knicley

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I electronically filed the above Final Brief of Amici Curiae Public Health Experts in Support of Petitioners with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

*/s/ Jared E. Knicley*
Jared E. Knicley