# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 24-1382 | September Term, 2025 |
| | FDA-89FR86290 |
| | Filed On: January 20, 2026 [2154858] |

Alaska Community Action on Toxics, et al.,

    Petitioners

    v.

United States Food and Drug Administration and Martin Makary, in his official capacity as Commissioner of the United States Food and Drug Administration,

    Respondents

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for February 2, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 15 Minutes |
| Respondents | - | 15 Minutes |

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, Circuit Judge Katsas, and Senior Circuit Judge Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 22, 2026.

### Per Curiam

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

                  BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)