

Human Foods Program

# FDA REVIEW OF SELECT *ORTHO*-PHTHALATE FOOD CONTACT SUBSTANCES AS CHEMICALLY OR PHARMACOLOGICALLY RELATED (CPR) SUBSTANCES

*May 2026*

## EXECUTIVE SUMMARY:

*Ortho(o)*-phthalates are commonly studied plasticizers that have applications across numerous industries such as construction, automotive and consumer goods, including select uses in food packaging and other food contact materials. In this review, we surveyed the published literature on eight *o*-phthalates that currently have authorized food contact uses in the United States (diisononyl phthalate (DINP), diisodecyl phthalate (DIDP), di(2-ethylhexyl) phthalate (DEHP), dicyclohexyl phthalate (DCHP), butylphthalyl butyl glycolate (BPBG), diethyl phthalate (DEP), ethylphthalyl ethyl glycolate (EPEG), and diisooctyl phthalate (DIOP)) to comparatively assess their physicochemical, toxicokinetic and toxicodynamic properties in order to determine whether they should be considered chemically and/or pharmacologically related (CPR) for the purposes of a cumulative risk assessment (CRA). This review discusses current approaches used by other regulatory authoritative bodies for CRA and independently examines the available scientific literature on these select *o*-phthalates to assess trends in toxicity outcomes from oral exposures, mode(s) of action (MOA), physicochemical properties, and toxicokinetic profiles. Discussions include the use of weight of evidence and new approach methodologies (NAMs) based on predictive modeling to fill in the data gaps for some of these *o*-phthalates and determine scientifically supportable inclusion or exclusion criteria for CPR classification of the evaluated *o*-phthalates. Our results support grouping DEHP, DCHP, DIOP and DINP as CPR substances for the purposes of a future CRA.

# TABLE OF CONTENTS

Executive Summary: ....................................................................................................................1

1. Introduction to Chemically or Pharmacologically Related (CPR) substances ...........................3

    1.1 Background on *o*-phthalates.................................................................................................4

    1.2 Our general approach to CPR classification of select *o*-phthalates .....................................5

    1.3 *O*-Phthalate grouping conducted by other agencies ..............................................................6

2. Toxicodynamics (TD): Evaluation of *o*-Phthalates as Similar Substances ................................8

    2.1 General approaches to classification based on toxicodynamic similarities ..........................8

    2.2 Our review of toxicodynamic information on select *o*-phthalates .....................................10

3. Chemical and Toxicokinetic (TK) Considerations: Evaluation of *o*-Phthalates as Similar Substances ...............................................................................................................................20

    3.1. General chemical considerations:.....................................................................................20

    3.2. General toxicokinetic considerations: ..............................................................................22

    3.3. Our review of chemical and toxicokinetic considerations on select *o*-phthalates..............23

4. Discussion on Grouping Across Disciplines..........................................................................30

5. Conclusions and Next Steps..................................................................................................32

References Cited ......................................................................................................................34

Supplementary Table S1. Names, structures, and physicochemical properties of eight *o*-phthalates. ...............................................................................................................................40

# 1. INTRODUCTION TO CHEMICALLY OR PHARMACOLOGICALLY RELATED (CPR) SUBSTANCES

FDA's evaluation of food additives, including food contact substances (FCS) and their constituents (also referred to as impurities), ensures that authorized substances are safe under their specified conditions of use. The Agency's evaluation includes a detailed review of the safety and exposure data submitted to FDA as well as an evaluation of data available in the scientific literature. This approach may be applied to both premarket and postmarket evaluations, including evaluation of food contact uses for *ortho*-phthalates (referred to as "*o*-phthalates" in this manuscript) and *o*-phthalate alternatives.

When considering whether selected substances may be considered a class for the purposes of a CRA, an important step is to determine whether the set (or a subset) of substances could be considered CPR. FDA's food additive regulations at part 170 of the Code of Federal Regulations (21 CFR part 170), specifically § 170.3(i) (21 CFR 170.3(i)), provide that when determining the safety of a food additive, FDA considers the cumulative effect of the substance in the diet, taking into account any chemically or pharmacologically related substance or substances in such diet. Substances that exhibit qualifications as being chemically or pharmacologically related may be evaluated as a singular grouping. FDA may evaluate the safety of the food additives by conducting a CRA for substances determined to be CPR to evaluate if combined exposure to these substances results in a safety concern.

While Section 409 of the Federal Food, Drug, and Cosmetic Act (FD&C Act) uses the term "pharmacologically-related substance or substances" in the context of assessing the safety of food additives, we note that traditionally pharmacological effect, or pharmacodynamics, refers to actions and interactions of a drug within the organism. As *o*-phthalates do not have approved pharmaceutical uses, they are more appropriately classified as toxicants for the purpose of hazard identification and risk assessment. Therefore, the term "toxicodynamic" (TD) is used in this manuscript to describe the adverse effects and undesirable interactions of a substance (i.e., a toxicant) on a biological system. Similarly, pharmacokinetics (PK) or toxicokinetics (TK) implies dispositional characteristics pertaining to absorption, distribution, metabolism, and elimination (ADME) of a substance or its metabolite(s) in the body. As discussed in the Kabadi et al. (2019) article, although the terms TK and PK are often used interchangeably in the scientific literature, PK is generally used for drugs whereas TK is generally used for food substances and contaminants. Therefore, we used the term TK in the sections below to discuss the ADME characteristics of evaluated substances. In addition to our TD and TK reviews, we examined the criteria for chemical similarity, as the chemical structure and the physicochemical properties of the substance may also play an important role in determining its TK or TD profile. Circumstances may also arise where a read-across approach is incorporated in the review to evaluate the inclusion of select data-poor substances. With the advancement of science, the use

of new approach methodologies (NAMs) such as read-across assessments are particularly helpful when a group of substances is established as appropriate for classifying as CPR but one or more of the substances in the group lack a complete and robust data package needed to conduct a risk assessment for the individual substance.

## 1.1 BACKGROUND ON *O*-PHTHALATES

*O*-phthalates refers to a broad group of chemicals that share a common 1,2-benzenedicarboxylic acid diester core structure (see **Figure 1**). *O*-phthalates are often used as plasticizers in polymer products (predominantly in poly(vinyl chloride) resins, also known as PVC or vinyl) to make the material soft and flexible. In addition to use as a plasticizer, certain *o*-phthalates have also been authorized for use in minor food contact uses such as components of slimicides, defoaming agents, and lubricants. Although *o*-phthalates are authorized for use in food contact applications, additional and significant consumer exposure to *o*-phthalates can occur through a large variety of plasticized polymeric products that do not contact food such as vinyl shower curtains, cable and wire coatings, and flooring. Exposure to some but not all *o*-phthalates has been reported to result in adverse effects on the developing male reproductive system in animal studies, sometimes referred to as "phthalate syndrome." In recent years, partially in response to these reported safety concerns and increased consumer awareness, [1, 2] several non-phthalate plasticizers such as adipates and citrates have been developed and authorized for use in food contact and other applications. These new substances are replacing *o*-phthalates in the market, leading to an expected decrease in exposure to *o*-phthalates.

**Figure 1.** General structure of *ortho*-phthalates, containing a core structure (1,2-benzenedicarboxylic acid diester) and side chains (R and R') which may or may not be identical.

In 2022, FDA amended its food additive regulations to no longer authorize most *o*-phthalates for use in food contact applications because these uses have been abandoned by industry. FDA revoked authorizations for the food contact use of 23 *o*-phthalates as plasticizers, adhesives, defoaming agents, surface lubricants, resins, and slimicides on the basis that uses of these 23 *o*-phthalates have been abandoned [83 Fed. Reg. 56750]. This action removed these *o*-phthalates from the list of substances authorized by our regulations in 21 CFR parts 175 through 178. This action also resulted in limiting the use of *o*-phthalates in food contact applications to nine *o*-phthalates – eight authorized for use as plasticizers and one authorized for use as a monomer (i.e., starting material) in the production of polymers. Those *o*-phthalates that remain

authorized for food contact use as plasticizers in FDA's regulations as approved food additives and/or prior sanctioned substances include: diisononyl phthalate (DINP, CAS No. 28553-12-0), diisodecyl phthalate (DIDP, CAS No. 26761-40-0), di(2-ethylhexyl) phthalate (DEHP, CAS No. 117-81-7), dicyclohexyl phthalate (DCHP, CAS No. 84-61-7), butylphthalyl butyl glycolate (BPBG, CAS No. 85-70-1), diethyl phthalate (DEP, CAS No. 84-66-2), ethylphthalyl ethyl glycolate (EPEG, CAS No. 84-72-0) and diisooctyl phthalate (DIOP, CAS No. 27554-26-3).

Recent analysis of food packaging materials and food contact articles (such as gaskets, fast food packaging and tubing used in food processing equipment) conducted by FDA suggest that industry has decreased their use of phthalates, particularly DEHP, in food contact materials. [3] FDA findings are consistent with NHANES data that shows a sharp decline in the concentrations of DEHP metabolites starting in the survey year 2005–2006, that continues for the rest of the years surveyed. As concentrations of metabolites would reflect all routes of exposure (i.e., dermal, inhalation and ingestion), the decrease suggests that the occurrence of DEHP in the environment, including food contact materials, has dropped off significantly since 2005. The use of other plasticizers, including non-phthalate plasticizers, has increased since that time. The data show that particularly in domestically produced food products, there has been a rise of non-phthalate plasticizer alternatives such as adipates and epoxidized soybean oil. In addition, data from the analysis of non-PVC paper and paperboard fast food packaging collected in 2018 [4] show samples either did not have detectable levels of phthalates, or measured lower than 10 micrograms per gram (µg/g), with most reporting concentrations lower than 1 µg/g. The reportable levels of phthalates in these samples indicate the presence due to contamination rather than concentrations commensurate with the use of phthalates as plasticizers in these materials.

## 1.2 OUR GENERAL APPROACH TO CPR CLASSIFICATION OF SELECT *O*-PHTHALATES

When classifying chemicals for the purpose of CRA, chemicals with similar physicochemical characteristics, toxicokinetic properties, and toxicodynamic endpoints can, as appropriate, be assessed cumulatively. This concept is outlined in an OECD publication [5] that discusses considerations when assessing risks from combined exposures to multiple chemicals. Assessing the possible grouping of *o*-phthalates based on their chemical and toxicological similarities has previously been assessed by other U.S. agencies, foreign regulatory bodies, and researchers for the purpose of their respective risk assessments. The initial lists of evaluated *o*-phthalates differ as they are generally based on substances regulated by the respective authorities and each analysis may use a unique set of parameters to determine the proposed grouping. For example, in 2023, the U.S. Environmental Protection Agency (EPA) proposed a draft approach for evaluating cumulative risk for the five *o*-phthalates currently the subject of risk evaluations under the Toxic Substances Control Act (DEHP, diisobutyl phthalate (DIBP), DCHP, benzylbutyl phthalate (BBP), and dibutyl phthalate (DBP)). [6] Two additional *o*-phthalates, DIDP and DINP, were included in the review because of a manufacturer-requested risk evaluation.

In the current review, we examined available data on the eight *o*-phthalates that remain authorized in FDA's regulations for food contact use as plasticizers. In reviewing this data, we attempted to determine which of these select *o*-phthalates could be classified as CPR. In the following sections, we will discuss the specific parameters used in our review to assess trends in the chemical structure and physicochemical properties, toxicokinetic characteristics, and toxicodynamic endpoints of the *o*-phthalates under consideration. For each of these branches of study, we discuss our findings from a survey of available scientific literature pertaining to the related properties and effects for these select *o*-phthalates, as well as the use of in silico tools to fill in the data gaps for those *o*-phthalates with a less robust dataset. We discuss within each discipline whether these findings support a determination that certain *o*-phthalates could be considered CPR, as well as if these considerations align across the examined disciplines.

While our determinations may be useful for future risk assessments or to guide research efforts at fully understanding the implications of cumulative risk of exposure to *o*-phthalates, this manuscript does not include a safety assessment or regulatory recommendations. Rather, this manuscript is intended as an analysis of the existing and predicted scientific information to assess the appropriateness of treating *o*-phthalates as CPR—a step that could inform a potential future cumulative risk assessment for CPR phthalates.

## 1.3 *O*-PHTHALATE GROUPING CONDUCTED BY OTHER AGENCIES

In conducting our survey of the literature, we included the grouping of *o*-phthalates for the purpose of a risk assessment conducted by several other agencies. The following sections briefly summarize the approaches and results of their practices.

### 1.3.1 THE REPORT FROM CHRONIC HAZARD ADVISORY PANEL (CHAP)

The CHAP was convened by the U.S. Consumer Product Safety Commission (CPSC) to study the effect of *o*-phthalates and phthalate substitutes used in children's toys and child care articles. The CHAP report [7] discussed the potential adverse effects from the exposure to *o*-phthalates and performed a CRA from the exposure to multiple *o*-phthalates. The report concluded that the most sensitive endpoint from the exposure to *o*-phthalates is antiandrogenicity and the CRA should consider all *o*-phthalates that are antiandrogenic.

In this report, CHAP assessed the risks from the exposure to 14 *o*-phthalates and six phthalate substitutes and provided recommendations on whether the use of these chemicals should be restricted. Based on the toxicological data reviewed, the CHAP report concluded that nine *o*-phthalates (i.e., di-n-pentyl phthalate, BBP, DBP, DIBP, di-n-hexyl phthalate, DEHP, DCHP, DIOP and DINP) with three to eight carbon atoms in the backbone of the alkyl side chain may be antiandrogenic and result in similar adverse reproductive/developmental effects, such as hypospadias, cryptorchidism, and reduced anogenital distance (AGD), in male rodents when exposed in utero during a critical gestational window (i.e., the phthalate syndrome). The CHAP report also concluded that *o*-phthalates with alkyl side chains having carbon atoms outside of this range are not antiandrogenic and did not consider them in the same class for safety assessment.

### 1.3.2 THE 2008 NATIONAL ACADEMIES OF SCIENCES (NAS) REPORT

In 2008, NAS's National Research Council released a final report [8] in response to a request from EPA regarding whether, and how, a CRA of *o*-phthalates should be conducted. The report noted that widespread human exposure to multiple *o*-phthalates has been demonstrated and antiandrogenic effects were observed in laboratory animals exposed to certain *o*-phthalates. The committee concluded that the chemicals that should be considered for a CRA should be those that cause the same or similar health outcomes. To conduct a CRA for *o*-phthalates, NAS recommended that EPA base its analysis on a common adverse outcome for *o*-phthalates (and other antiandrogens) that "cause androgen insufficiency or block androgen-receptor signaling." The committee reviewed toxicological literature on *o*-phthalates with different numbers of carbons in the ester side chain (e.g., dimethyl phthalate, DEP, DEHP, DINP) and concluded that *o*-phthalates with sidechain that contain four to six carbons are the most potent in causing effects on the development of the male reproductive system. *O*-phthalates with shorter or longer sidechains exhibit less severe or no such effects. The NAS report concluded that the focus of a CRA for *o*-phthalates (and other antiandrogens) should be on common adverse effects on the development of the male reproductive system (i.e., antiandrogenicity).

### 1.3.3 SCIENTIFIC OPINION FROM THE EUROPEAN FOOD SAFETY AUTHORITY (EFSA)

In 2019, EFSA performed a risk assessment for five *o*-phthalates (DBP, BBP, DEHP, DINP, and DIDP) authorized for use in food contact materials in the EU. [9] Based on biomonitoring studies and food survey data, EFSA concluded that consumers are simultaneously exposed to multiple *o*-phthalates, and therefore a risk assessment should consider grouping these *o*-phthalates into a common assessment group. To do so, EFSA considered the grouping rationale provided by European Chemicals Agency (ECHA) which included the following:

  i. structural similarities,
 ii. similar use and exposure pattern,
iii. similar toxicokinetics,
 iv. similar reproductive toxicity related to antiandrogenic effects,
  v. inhibition of testosterone production in fetal rats, and
 vi. changes in germ cell differentiation.

After reviewing the toxicological data for these five *o*-phthalates, EFSA concluded that the most sensitive endpoints for DBP, BBP, and DEHP are the reproductive effects resulting from fetal testosterone reduction, and the most sensitive endpoints for DINP and DIDP are liver effects. Based on these considerations, EFSA put DBP, BBP and DEHP into one group and established a group-tolerable daily intake (TDI) of 50 milligrams per kilogram of body weight per day (mg/kg bw/day). EFSA also placed DINP in this group as a conservative measure because DINP also affected fetal testosterone but at doses three-fold higher than those for liver effects. DIDP was not placed in this group because the reproductive effects (reduced pup survival) induced by DIDP exposure were by a mechanism that does not involve fetal testosterone reduction.

### 1.3.4 PHTHALATE SUBSTANCE GROUPING AND CRA BY THE GOVERNMENT OF CANADA

The Government of Canada conducted a screening assessment of 28 *o*-phthalates for the purposes of both human health and ecological risk assessments in 2020. [10] These 28 *o*-phthalates were selected based on their uses that could result in exposure to Canada's general population, including children. In this final report, the 28 *o*-phthalates of interest were divided into three subgroups based on the length of the carbon backbone in the ester sidechain: (1) Short-chain *o*-phthalates (*o*-phthalates with a carbon backbone length of one or two, e.g., DMP, DEP); (2) Medium-chain *o*-phthalates (*o*-phthalates with backbone length of three to seven carbons, e.g., DIBP, DEHP, DCHP, DIOP and DINP ); and (3) Long-chain *o*-phthalates (*o*-phthalates with a backbone length of eight carbons or greater, e.g., DIDP and di-n-octyl phthalate). These groupings were based on phthalate-induced androgen insufficiency during male reproductive development in the rat, which the Government of Canada considered to be the most sensitive endpoint for phthalate toxicity and only observed with medium-chain *o*-phthalates. The Government of Canada conducted a CRA for *o*-phthalates with medium-length sidechains (group 2), and the results showed the potential cumulative risk is low.

### 1.3.5 PHTHALATE SUBSTANCE GROUPING AND CRA BY EPA

In May of 2025, EPA released a draft technical support document (TSD) for the approach to conducting a CRA for toxicologically similar phthalates being evaluated under the Toxic Substances Control Act (TSCA). [11] In this TSD, EPA concluded that DEHP, BBP, DBP, DCHP, DIBP, and DINP, but not DIDP, are toxicologically similar and can induce effects on the developing male reproductive system consistent with a disruption of androgen action and "phthalate syndrome" (i.e., antiandrogenicity). Therefore, EPA proposed these six phthalates (i.e., DEHP, BBP, DBP, DCHP, DIBP, and DINP) as a chemical group for the purpose of a CRA. DIDP was not included in the grouping because the data for DIDP did not demonstrate evidence of inducing adverse effects on the developing male reproductive system (i.e., effects consistent with "phthalate syndrome"). The proposed grouping of the six phthalates was also supported by the Science Advisory Committee on Chemicals (SACC) in its the final peer-review report to EPA. [12]

## 2. TOXICODYNAMICS (TD): EVALUATION OF *O*-PHTHALATES AS SIMILAR SUBSTANCES

### 2.1 GENERAL APPROACHES TO CLASSIFICATION BASED ON TOXICODYNAMIC SIMILARITIES

When grouping chemicals for the purpose of CRA, chemicals with similar toxicity outcomes, including shared toxicodynamic properties such as a common mode of action (MOA) or adverse outcome in specific target tissue(s), and/or organ system(s), may be placed in the same group. This concept is discussed by OECD [13] when assessing risks from combined exposures to multiple chemicals. If the chemicals induce different effects in several tissues or organ systems

and/or the MOAs behind observed effects are complex or unclear, then this approach of grouping primarily based on a similar toxicity outcome would not be appropriate to apply.

Consideration of toxicodynamic properties is a general approach used by several other regulatory agencies for the purposes of grouping substances for CRA. For example, EPA published a resource document in 2007 that highlighted several aspects that need to be considered when performing a CRA. [14] EPA considered CRA as a quantification of the combined risks to health or the environment from multiple route exposures to multiple agents or stressors. When it comes to grouping chemicals for the purpose of a CRA, the resource document noted that chemicals may be grouped by the same MOA or toxicity towards the same target organs. EPA has performed CRAs for several groups of chemicals and noted that a CRA should begin with the identification of a group of chemicals, called a common mechanism group, that induce a common toxic effect by a common mechanism of toxicity. [15] Such practices have been performed by EPA for five groups of chemicals with identified common mechanism of toxicities: (1) organophosphates (acetylcholinesterase inhibition by phosphorylation), [16] (2) *N*-methyl carbamates (acetylcholinesterase inhibition by carbamylation), [17] (3) triazines (carcinogenesis and neuroendocrine toxicity), [18] (4) chloroacetanilides (nasal olfactory epithelium tumors), [19] and (5) pyrethrins/pyrethroids (voltage gated sodium channels interactions). [20]

In 2018, the Agency for Toxic Substances and Disease Registry (ATSDR) [21] published a framework document discussing how to assess combined exposure to multiple chemicals and their potential impact on public health. In this document, a chemical class is defined as "a group of chemicals that are similar in chemical structure and in eliciting similar biochemical sequences of events related to toxic effects, and which frequently occur together in the environment, usually because they are generated by the same process, such as manufacturing or combustion (e.g., PCBs, CDDs, [polyaromatic hydrocarbons] PAHs)." This approach was utilized in a CRA that addressed the safety from co-exposure to compounds that are expected to have a common (aryl hydrocarbon) receptor-mediated MOA: chlorinated dibenzo-p-dioxins (CDDs), chlorinated dibenzo-p-furans (CDFs) and the coplanar polychlorinated biphenyls (PCBs).

This approach was also adopted by the Panel on Plant Protection Products and their Residues (PPR) of EFSA when assessing the safety from combined exposure to multiple pesticides. [22] PPR grouped pesticides into cumulative assessment groups (CAGs) when they cause the same toxicological effects on the same target organ or organ systems, or utilize the same MOA when mechanistic information is available. This approach has been used to derive CAGs for pesticides affecting the nervous and the thyroid systems. [23]

## 2.2 OUR REVIEW OF TOXICODYNAMIC INFORMATION ON SELECT *O*-PHTHALATES

An updated comprehensive search and review of the literature was conducted to determine whether the eight *o*-phthalates that are authorized in FDA's regulations for food contact use as plasticizers share a common TD profile. This search placed emphasis on subchronic, chronic, and developmental and reproductive toxicity (DART) studies where the test article was administered orally. These study designs were selected to identify hazards in the general population for lifetime dietary phthalate exposure, including during pregnancy, lactation and early development. Searches in PubMed were performed through July 16, 2024, for ["*phthalate common name*" AND oral AND (safe* or toxi* or geno* or muta* or chronic or subchronic or acute)].

Toxicodynamic data and information collected were evaluated for their robustness using a set of pre-determined exclusion criteria. Studies that used 10 or more animals per exposure group, had three or more dose levels, and had a treatment duration of at least 90-days, met these criteria and were deemed robust enough for the purposes of hazard identification. The exception was DART studies, which were also included despite commonly using a treatment duration shorter than 90-days. DART studies usually have a shorter dosing duration because they are intended to be conducted during  gestation, which is about 20-21 days in rodents. [24] Inclusion of such studies into our criteria was valued as even short exposure to deleterious chemicals during critical periods of development (i.e., gestational periods) may result in adverse effects (e.g., antiandrogenicity). Studies that met the inclusion criteria were further reviewed to develop broad toxicological classifications and to subsequently narrow the endpoints examined to those appropriate for a future CRA.

The reported adverse effects and effect dose levels of each individual phthalate were identified and categorized based on organ (e.g., liver, kidney) or system (e.g., male/female reproductive system) and further refined to a specific outcome or endpoint in that target organ or system (e.g., decreased AGD in offspring). The identification of common endpoints across multiple phthalates was evaluated as a consideration for determining which (if any) broad classification(s) would be appropriate for grouping the phthalates under consideration.

After identifying the appropriate broad classification (i.e., male reproductive toxicity), we subsequently conducted an additional literature search to identify if potential MOA(s) could be tied to multiple specific outcomes within this broad classification. This MOA analysis also focused on the scientific literature published through July 16, 2024.

### 2.2.1 RESULTS FROM LITERATURE SEARCH

Our literature search identified a total of 190 peer reviewed articles relevant to the toxicodynamic profile of *o*-phthalates: 14 for DEP, 1 for EPEG, 3 for BPBG, 10 for DIOP, 11 for DINP, 4 for DIDP, 4 for DCHP, and 143 for DEHP. After consideration of these 190 studies

under our inclusion criteria, a total of 36 unique studies were identified to use for our assessment. Our categorization and analysis of this data is discussed further below.

## 2.2.2 TOXICITY OUTCOMES

The toxicity outcomes across the eight *o*-phthalates as reported in available literature that met our inclusion criteria could be organized into 24 broad toxicity classifications based on target organs, systems, or effect groups. These broad classifications include adrenal, bladder, bone, brain, developmental landmarks, epigenetics, female reproductive, food consumption, gastrointestinal, heart, hematology, inflammation, kidney, liver, male reproductive, nasal cavity, pancreas, pituitary, spleen, survival, thymus, thyroid, urine, and whole body. Details of the toxicity outcomes or endpoints included in each of these classifications can be found in Table 1.

**Table 1: Organ, system, or effect classification details**

| *Classification:* | *Toxicity outcomes identified:* |
|---|---|
| Adrenal | Weight |
| Bladder | Occurrence of calculi |
| Bone | Developmental variation in offspring |
| Brain | Weight |
| Developmental landmark | Time to eye opening |
| Epigenetics | Histone acetyltransferase p300 |
| Female reproductive* | Developmental abnormalities in offspring, estrous cycle, gestation length, ovary weight, number of atretic follicles, sexual maturation (including time to vaginal opening and delayed estrus), estrogen steroidogenesis, uterine weight, uterine cancer |
| Food consumption | Reduction |
| Gastrointestinal | Stomach weight, small intestine weight, cecum weight |
| Heart | Weight, occurrence of thrombus (males only) |
| Hematology* | Anemia, triglycerides, cholesterol, hemoglobin, RBC, hematocrit, albumin, potassium, calcium, BUN, leukemia |
| Inflammation | ERK phosphorylation |
| Kidney* | Weight, size, occurrence of calculi, abnormal histopathology (including tubule hyperplasia, crystalline deposits, hydronephrosis, degeneration) |

| | |
|---|---|
| Liver* | Weight, size, abnormal histopathology (including hepatocellular injury, lipofuscin accumulation, occurrence of lesions, occurrence of peroxisomes, hypertrophy, hyperplasia, nodules, inflammation, pigmentation, triglyceride accumulation), liver enzymes (including ALT, AST, LDH, CYP3A2, CYP4A1, phosphatase), hepatocellular adenoma/carcinoma |
| Male reproductive* | Developmental abnormalities in offspring, anogenital distance, coagulating gland weight, epididymis weight or size, epididymal sperm, ejaculation latency, prostate weight or size, prostate secretory fluid production, seminal vesicle weight or size, seminal vesicle secretory fluid production, seminiferous tubule weight or size, seminiferous tubule histopathology, delayed time to sexual maturation, steroidogenesis (including LH, AMH, and testosterone), testes weight or size, testes sperm production, testes histopathology, and testes cellular population (including germ, Leydig, and Sertoli cells) |
| Nasal cavity | Occurrence of eosinophilic bodies |
| Pancreas | Acinar adenoma and carcinoma (including in males only) |
| Pituitary | Weight, size, castration cells |
| Spleen | Weight, size |
| Survival* | Offspring following gestational exposure, shortened longevity of test animals |
| Thymus | Weight |
| Thyroid | Weight (including in males only), abnormal histopathology (including follicular cell hypertrophy, basophilic deposits) |
| Urine | Volume (males only) |
| Whole body* | Birth weight or growth in offspring following gestational exposure, bodyweight, or weight gain in test animals |

\* - Denotes classifications that were identified for the purposes of providing *o*-phthalate groupings by similar toxicity outcome.

In determining which broad classifications should be further examined to determine their appropriateness for grouping of the eight *o*-phthalates, we first considered how many of those *o*-phthalates exhibited a toxicity outcome within each classification at any dose tested. All *o*-phthalates reviewed (with the exception of BPBG, which lacked published toxicity information that met our criteria) had at least one toxicity outcome identified for the classifications of male reproductive, survival, and whole body; 6/8 *o*-phthalates had toxicity outcomes for the classifications of kidney and liver; and 5/8 *o*-phthalates had toxicity outcomes for the classifications of female reproductive and hematological. The remaining classifications had three or less *o*-phthalates with associated toxicity outcomes and therefore were not considered appropriate for grouping and removed from additional analysis. Therefore, male reproductive toxicity, survival, whole body, nephrotoxicity, hepatotoxicity, female reproductive toxicity, and hematology were further classified. The associated toxicity outcomes for these broad classifications for the majority of the eight *o*-phthalates under consideration are discussed below.

Outcomes within a classification exhibited by less than three *o*-phthalates were not considered robust enough for potential grouping.

The remaining broad classifications and toxicity outcomes within those classifications that meet the above criteria are briefly discussed below in the context of the number of *o*-phthalates associated with that outcome or endpoint:

*Male Reproductive Toxicity*

Twenty-two outcomes falling under the classification of male reproductive toxicity were identified, nine of which were exhibited by three or more *o*-phthalates per outcome. These were bidirectional (increase or decrease) changes in testes weight or size (5/8), testosterone steroidogenesis (4/8), epididymis weight or size (3/8), sperm production (3/8), AGD (3/8), latency to sexual maturation (3/8), prostate weight or size (3/8), seminal vesicle weight or size (3/8), and change in Leydig cell population (3/8).

*Survival*

Two outcomes falling under the classification of survival were identified: offspring survival following gestational exposure and shortened lifespan in test animals, the latter of which was only observed in one phthalate. A decrease in offspring survival following gestational exposure was noted in 6/8 *o*-phthalates reviewed. However, as these outcomes often occurred at the highest dose tested and ultimately do not provide information on a mode or mechanism of action, these endpoints are not considered to be sensitive enough for grouping.

*Whole Body*

Four contraindicative outcomes falling under the classification of whole-body were identified: increased or decreased birth weight or growth in offspring following gestational exposure and increased or decreased bodyweight or weight gain in test animals. Both outcome groups representing increases in weight had less than three associated o-phthalates. Decreased birth weight or growth in offspring following gestational exposure was observed for 4/8 *o*-phthalates, and decreased bodyweight or weight gain in test animals was noted for 6/8 *o*-phthalates. Importantly, changes in bodyweight observed from some *o*-phthalates were equivocal between studies and could be explained by significant changes in feed consumption. Further, such endpoints do not provide information on a mode or mechanism of action. Therefore, these endpoints are not considered to be sensitive enough for grouping.

*Kidney Toxicity*

Three outcomes falling under the classification of kidney toxicity were identified, with only one exhibited by three or more *o*-phthalates: changes in kidney weight or size (4/8).

*Liver Toxicity*

Five outcomes falling under the classification of liver toxicity were identified, three of which represented three or more grouped *o*-phthalates per outcome and included: liver weight or size (5/8), abnormal histopathology (including hepatocellular injury; 3/8), and elevated liver enzymes (3/8).

*Female Reproductive Toxicity*

Eight outcomes falling under the classification of female reproductive toxicity were identified, two of which represented three or more grouped *o*-phthalates per outcome and included: uterine weight or size (3/8) and latency to sexual maturation (3/8).

*Hematology*

Thirteen secondary outcomes falling under the classification of hematology were identified across five phthalates. However, none of the 13 outcomes were observed in more than one phthalate. Therefore, these endpoints were not considered to be sensitive enough for grouping.

## 2.2.2 SELECTION OF MALE REPRODUCTIVE TOXICITY AS THE RELEVANT BROAD TOXICITY CLASSIFICATION

Our review of high quality, robust studies examining the effects of oral phthalate exposure in laboratory animals determined that significant toxicological endpoints for three or more *o*-phthalates fell within the classifications of male or female reproductive toxicity, kidney toxicity, and liver toxicity. Developmental and reproductive toxicity effects are often considered a critical endpoints in toxicological testing as they can be highly responsive to chemical perturbations, [25] and have the potential to impact future generations through widespread and long-term irreversible effects on reproductive health. In contrast, both the liver and kidney [26] have the ability to regenerate at a cellular level, thus recovering from or preventing detectable chemical injury [27] which is not the case for reproductive tissues where such insults are likely to be more pronounced. Selecting a common toxicity outcome observed at the lowest doses for the purposes of a CRA protects against potential adverse effects that may occur for other toxicological endpoints at higher doses. In the case of the evaluated *o*-phthalates, antiandrogenicity is the most sensitive and potent endpoint that occurs at much lower dose levels than to all other endpoints of systemic toxicity (e.g., liver and kidney toxicity). Therefore, selecting antiandrogenicity as the common endpoint for the purpose of a CRA protects against all other toxic effects that are observed at higher doses of the *o*-phthalates. [28]

When considering the available reproductive toxicity data for *o*-phthalates identified using our search criteria, the majority of these endpoints were related to male reproductive toxicity. While it is possible that there can be some overlap in the MOA between male and female reproductive toxicity endpoints, antiandrogenicity is more apparent in males and therefore available studies and models to assess antiandrogenicity are often focused on male reproductive toxicity instead of

female. Therefore, male reproductive toxicity was confirmed to be the predominant classification of toxicity endpoints associated with *o*-phthalate exposure, which is similar to previous reviews of these data. This classification became the focus of our targeted literature search to investigate if underlying MOA(s) have been identified or could be reasonably determined from the data, as discussed in the next section.

### 2.2.3 TARGETED LITERATURE SEARCH FOR MODE(S) OF ACTION FOR MALE REPRODUCTIVE TOXICITY

While Table 1 provides broad classifications for toxicity of outcomes of select *o*-phthalates, the endpoints within any given classification are too generalized to provide sufficient differentiation between examined substances to use such broad classifications as a means of chemical grouping for performing a CRA. This is because specific adverse effects or toxicological outcomes within the same organ or system can vary due to differences in MOA, dose-response relationships, and/or interindividual differences. To better understand the intricacies and interplay of the toxicodynamic data, a review of potential MOA(s) that could determine relatedness of the outcomes identified from the in vivo scientific literature, would allow for understanding of how *o*-phthalates exert their effects and provide the differentiation necessary for appropriate grouping.

As discussed in Section 2.2.2., a review of high quality, robust studies examining the effects of oral phthalate exposure in laboratory animals resulted in a determination that male reproductive toxicity was the most appropriate broad classification for consideration of *o*-phthalates in the context of toxicodynamic effect on an organ or system. Our review also determined that the classification of male reproductive toxicity contained the largest number of toxicity outcomes or endpoints (Table 1). To determine which subset of these endpoints would be most supported for the purpose of grouping *o*-phthalates for a future CRA, we conducted a targeted search of the scientific literature to identify if potential MOA(s) could be tied to specific outcomes within the broad classification of male reproductive toxicity.

In this targeted search, we note that multiple reviews of the scientific data demonstrate that exposure to certain phthalate metabolites (primarily di-butyl, di-(2-ethylhexyl) and butyl benzyl phthalate esters) in utero or during early development can contribute to a series of abnormalities in androgen responsive tissues in the male reproductive tract. Importantly, these effects are supported by the scientific literature as occurring through hormonal activity (i.e., antiandrogenicity) resultant from multiple complex mechanisms. [29, 30] Antiandrogens are substances that prevent androgens (steroid hormones such as testosterone) from mediating their biological effects in the body and act directly or indirectly by inhibiting or suppressing the androgen receptor and/or androgen production. The androgen sensitive abnormalities of the male reproductive tract seen in in vivo studies as a result of phthalate exposure can include reduction in weight or size of the epididymis, seminal vesicles, prostate, and testes, and reduced AGD. These endpoints have been colloquially referred to in the literature as "phthalate syndrome"

when collectively observed in studies examining the reproductive and developmental effects of phthalate exposure. [31-34] We note that these antiandrogenicity-related outcomes make up the majority of the endpoints observed for 3 or more *o*-phthalates under the broad classification of "male reproductive toxicity" as discussed in Section 2.2.1. Multiple comparisons have been made between "phthalate syndrome" in laboratory rats and testicular dysgenesis syndrome in humans, [35-39] suggesting that the adverse observations in exposed laboratory animals are likely of relevance to *o*-phthalate exposure in humans.

One targeted in vivo study developed specifically to elucidate antiandrogenicity MOAs is the Hershberger bioassay, which employs the use of immature castrated male rats as the animal model and is based on the changes in weight of five androgen-dependent tissues in the male reproductive tract. Three of the eight *o*-phthalates included in this review (DEHP, DINP, and DIDP) as well as other *o*-phthalates outside the scope of our review (DBP, BBP, and di-n-heptyl phthalate (DnHP)) were tested in the Hershberger bioassay. [40-42] DEHP, DINP, and DIDP all reported positive findings for antiandrogenic activity in the Hershberger bioassay. The Hershberger bioassay is generally considered to be sensitive and specific for its intended purpose, but due to its relative short exposure window (oral administration for 10 consecutive days), it is important to consider these data in combination with other data that is more representative of a chronic exposure scenario. In addition, several in vitro new approach or non-animal methodologies (i.e., NAMs) have also been used to evaluate the antiandrogenic potential of *o*-phthalates. Qualified, validated, or reliable NAMs designed to target a specific MOA can be used as supportive data in determining the specificity of an observed in vivo toxicity outcome. Although not included in this review, a series of in vitro studies, including receptor-binding, chemical activated luciferase gene expression transactivation, H295R steroidogenesis, aromatase activity inhibition, and the yeast oestrogen/androgen assays have been used to further assess the antiandrogenic potential of certain *o*-phthalates. [43, 44]

## 2.2.4 DISCUSSION

From our analysis of the available literature discussed in the prior section, we determined that male reproductive toxicity is the most sensitive and appropriate broad classification for consideration of grouping *o*-phthalates in the context of toxicodynamic effect on an organ or system. However, the endpoints within a specific broad classification, such as male reproductive toxicity, may be too generalized to provide sufficient differentiation between examined substances to use such classifications as a means to group chemicals for the purposes of a CRA. As such, we conducted an additional, targeted search of the scientific literature to determine if a potential MOA could be tied to specific outcomes within the broad classification of male reproductive toxicity. The results of this literature search support the conclusion that multiple outcomes classified as male reproductive toxicity from specific *o*-phthalate exposures are likely due to an antiandrogenic MOA. Our determination that a specific *o*-phthalate exhibits antiandrogenicity is based off the currently available scientific literature, in turn allowing for grouping of these compounds for the purposes of a future CRA. However, we note that if outliers

with a more appropriate endpoint are determined in the future, those individual *o*-phthalates may be considered on a case-by-case basis for inclusion in this CPR grouping.

Section 2.2.2 discusses our examination of the available toxicodynamic data for male reproductive toxicity endpoints resulting from *o*-phthalate exposure to determine if those data support whether each *o*-phthalate reviewed in this manuscript acts through an antiandrogenic MOA. We note that there are currently no guidelines for determining if a chemical is antiandrogenic. As such, we employed a two-prong weight of evidence approach to determine antiandrogenicity that utilized outcomes that are generally accepted among the scientific community as being resultant from antiandrogenic chemical exposures and that also incorporates data from across different life stages (i.e., conception/gestation to end of life). The two main criteria we utilized for this determination were: (1) reported decreases in at least two androgen-responsive tissues in adult males (i.e., decrease in testes, epididymus, prostate, and/or seminal vesicle weight(s)), ideally reported in more than one study; and (2) reported decrease in AGD following gestational phthalate exposure, or a positive Hershberger bioassay. These criteria were chosen to incorporate the identification of possible toxicological hazards associated with antiandrogenicity following phthalate exposure (1) in adults (including juvenile exposure) and (2) during development (i.e., gestational). Decrease(s) in weights of androgen-responsive tissues in males serves as the basis for antiandrogenicity determination regardless of life-stage of the test animal. This outcome may be observed from either chronic exposure in adult animals or acute exposure during the pre-pubertal phase in the case of the Hershberger bioassay. [45] Further, AGD is a commonly measured androgen-responsive developmental landmark following gestational exposure, which decreases in response to developmental antiandrogen exposures. [46]

Table 2 illustrates the reported results across studies for male reproductive toxicity endpoints that we considered in this review. This includes data from in vivo studies that met our initial literature screening criteria (see Section 2.2) and relevant available Hershberger bioassay results. For each phthalate, Table 2 indicates whether a specific male reproductive toxicity endpoint was examined in those studies, whether the endpoint is established as antiandrogenic, and the result for the endpoint (positive, negative, or unavailable).

As indicated in Table 2, available male reproductive toxicity data provide strong evidence of an antiandrogenic MOA for DINP, DEHP, and DCHP. When compared to our criteria, exposure to each of these *o*-phthalates results in decreases in weight of at least two androgen-responsive tissues in more than one study and decrease in AGD. In addition, DINP and DEHP report positive results in the Hershberger bioassay, while DCHP has not been tested in that assay.

We note that relatively less data are available for DEP, EPEG, BPBG, DIOP, and DIDP. The specific data found in our literature search for each of these substances is discussed below.

For DEP, three significant antiandrogenic outcomes were reported in the literature which indicate that this substance may meet criterion one for grouping (i.e., decreases in at least two androgen-responsive tissue weights in more than one study). However, of the reported decreases in androgen-responsive tissues, decrease in testes weight is the only reproducible observation in multiple studies. [47, 48] The observed decrease in prostate weight was equivocal between two studies, [48, 49] one of which reported an increase in prostate weight. [49] The decrease in epididymis weight was only observed in a single study. [48] Therefore, the available data suggests that DEP is not considered antiandrogenic in the context of criterion one as set forth in this manuscript. Regarding criterion two, although we found no reports in the literature of a Hershberger bioassay conducted for DEP, our search did find a robust two-generation developmental and reproductive toxicity study for DEP conducted under OECD test guideline #416, as referenced above, and this study reported no changes in AGD. [48] Therefore, in the context of both our criteria, the currently available toxicodynamic data indicate that DEP is not likely antiandrogenic.

For EPEG, only one eligible study was found responsive to criterion one. This study reported a statistically significant antiandrogenic outcome in only one androgen-responsive tissue. [50] Additionally, no studies which examined AGD following gestational exposure to EPEG were noted in our literature search, and we found no indication of a Hershberger bioassay conducted for EPEG. Therefore, there is insufficient toxicodynamic data for us to evaluate EPEG in the context of either of our criterion for antiandrogenicity.

Similarly, for BPBG, no relevant in vivo studies were found in our literature search, nor did we find any indication that BPBG has been the subject of a Hershberger bioassay. Therefore, there is insufficient toxicodynamic data for us to evaluate BPBG in the context of our criteria for antiandrogenicity.

Our literature search for DIOP found only one relevant study, a developmental and reproduction toxicity study for DIOP which examined four antiandrogenic endpoints within criterion one and AGD under criterion two. [51] In addition, DIOP has not been tested in the Hershberger bioassay. Therefore, there is insufficient toxicodynamic data for us to evaluate DIOP in the context of our criteria for antiandrogenicity. Of relevance outside of our criteria, the developmental and reproduction toxicity study for DIOP reported an increase in areolas/nipples retention time and high incidence of hypospadias and undescended testes in offspring following gestational exposure in rats, two potential antiandrogenic outcomes. [51] However, within our criteria, we note that this study did not observe decreases in androgen-responsive tissue weights, nor did the study report any findings regarding changes in AGD.

For DIDP, our literature search found one non-guideline, two-generation reproductive toxicity study and a Hershberger bioassay. Therefore, there is insufficient toxicodynamic data for us to evaluate DIDP in the context of our criteria for antiandrogenicity, which calls for positive findings in more than one in vivo study. Further, the available data suggest the antiandrogenic

potential of DIDP may not be physiologically relevant. Gestational DIDP exposure in the only available reproductive study did not result in changes to AGD in the offspring, nor in testicular or accessory sex organ toxicity (i.e., testicular atrophy or decreased testicular weights) in adults. [52] As depicted in Table 2, DIDP exhibited one significant antiandrogenic outcome (i.e., positive Hershberger bioassay), but this finding only occurred at the highest dose tested (500 mg/kg bw/day). In contrast, other *o*-phthalates like DEHP and DINP reported antiandrogenic results in Hershberger bioassay at the lowest dose tested (20 mg/kg bw/day). [41]

Based on the above discussion, the available toxicodynamic information is sufficient to group DINP, DEHP, and DCHP based on a common antiandrogenic MOA. There is also sufficient toxicodynamic information to exclude DEP for grouping based on the lack of a common antiandrogenic MOA for that compound. However, there is insufficient toxicodynamic data to determine if BPBG, EPEG, DIOP, and DIDP should be included in this grouping. Additional data for any of these compounds could adjust this conclusion as could future changes in the criteria established for an antiandrogenic MOA. The next section discusses an analysis of data on chemical structure, physicochemical properties, and toxicokinetic characteristics to determine whether data across these disciplines is sufficient to group the remaining *o*-phthalates under review for the purposes of CRA.

| Phthalate: | DEP | EPEG | BPBG | DEHP | DCHP | DIOP | DINP | DIDP |
|---|---|---|---|---|---|---|---|---|
| Available *in vivo* studies meeting inclusion criteria: | 5 | 1 | 0 | 23 | 3 | 1 | 8 | 2 |
| *Antiandrogenic endpoints* | | | | | | | | |
| Testes weight or size (decreased) | grey | | N/A | grey | grey | | grey | |
| Epididymis weight or size (decreased) | grey | | N/A | grey | | | | |
| Prostate weight or size (decreased) | grey | | N/A | grey | | | | |
| Seminal vesicle weight or size (decreased) | | grey | N/A | grey | | | | |
| Anogenital distance | | N/A | N/A | grey | grey | | grey | |
| Hershberger assay | N/A | N/A | N/A | grey | N/A | N/A | grey | grey |
| *Other male reproductive toxicity endpoints* | | | | | | | | |
| Testosterone steroidogenesis | grey | N/A | N/A | grey | grey | N/A | grey | N/A |
| Sperm production | grey | N/A | N/A | grey | | N/A | grey | N/A |
| Latency to sexual maturation | | N/A | N/A | grey | | | grey | N/A |
| Gross developmental abnormalities | | N/A | N/A | grey | | | | |
| Abnormal testes histopathology | grey | N/A | N/A | grey | | | | |
| Change in Leydig cell population | N/A | N/A | N/A | grey | grey | N/A | grey | N/A |

**Table 2:** This table is intended to provide an overview of the available data on antiandrogenic and other male reproductive toxicity endpoints for *o*-phthalates. Grey boxes denote a reported significant adverse observation related to phthalate exposure, white boxes denote no reported significant observation related to phthalate exposure, and N/A denotes that this endpoint was not measured, analyzed statistically, or the data were not publicly available. *O*-phthalates with strong in vivo data permitting their grouping by an antiandrogenic MOA are outlined in green.

## 3. CHEMICAL AND TOXICOKINETIC CONSIDERATIONS: EVALUATION OF *O*-PHTHALATES AS SIMILAR SUBSTANCES

Evaluating the chemical similarity among substances entails a careful comparison of the molecular structures (e.g., shared structural features or functional groups, which are a specific atom or group of atoms within a molecule), as well as the physicochemical properties of the substances (e.g., solubility, boiling point, molecular weight, dipole moments) being considered. In turn, this information is useful in assessing the TK properties of the substances. For example, in the absence of sufficient data to establish the TK profile for a certain substance, several TK properties may be predicted based on the available physicochemical properties of the substance. As such, this section discusses the similarity of the phthalates from both the chemical and toxicokinetic perspectives.

### 3.1. GENERAL CHEMICAL CONSIDERATIONS:

Chemical similarity has important implications in fields such as environmental science, toxicology, pharmacology, and medicinal chemistry. [53] Substances that are chemically similar may have similar biological effects, environmental fate, and TK profiles. Therefore, determining chemical similarity is an important initial step towards grouping chemicals for a safety assessment. For instance, (S)-(+)-enantiomers of ibuprofen and naproxen are structurally similar because they share a subunit structure, 2-phenylpropanoic acid, (Figure 2A), and consequently both inhibit cyclooxygenase (COX) activity. [53] However, structurally similar compounds can also have different biological effects, commonly known as activity cliffs. [54] For instance, even though the primary fluorene backbone is identical between the compounds, the difference between the positional isomers of acetylaminofluorene (i.e., 2- and 4-acetylaminofluorene; see Figure 2B) affects toxicity as demonstrated by the classification of the 2-isomer as a genotoxic carcinogen, while the 4-isomer is not carcinogenic. Similarly, *n*-hexane is neurotoxic, but its higher and lower homologues are not, signifying that the differences in chain length may also be differentiating factors when determining appropriate grouping. [55] As such, grouping by chemical similarity alone cannot always predict toxicity, but chemical similarity is an important initial factor for consideration, especially in situations where TD data are unavailable.



**Figure 2.** Structures of similar substances (A) (S)-(+)-ibuprofen and (S)-(+)-naproxen and (B) 2- and 4-positional isomers of acetylaminofluorene.

Determining chemical similarity among substances entails a comparison of their chemical structures and physicochemical properties. Both expert judgement and computational analyses may be used to determine chemical similarity. Determining chemical similarity can be useful for various purposes, including drug development, prioritization of the evaluation of chemicals of high concern to human and environmental health, [56] and other applications related to chemical safety assessment. It has also been used in the safety assessment of certain food substances, including a number of *o*-phthalates, [8, 10] and per- and polyfluoroalkyl substances (PFAS). [57] The concept of chemical similarity is useful in the safety assessment of food substances, especially given that numerous food substances are structurally similar (e.g., fatty acids). Some food substances are more data-rich than other chemically similar food substances, and thus, information from data-rich food substances could be used to fill in data gaps-to deduce the properties of other relevant food substances with a less robust dataset. Several organizations recommend ways to group by chemical similarity using physicochemical properties and chemical structure for supporting safety assessment. [13, 58] However, since chemical similarity is a broad concept with many interpretations, there are no universal criteria for grouping similar chemicals.

Although not applied in this evaluation, a more sophisticated approach to relate chemical and TD similarity can be achieved by applying (quantitative) structure-activity relationship ((Q)SAR) models. These models use a combination of structural features and physicochemical properties to predict TD endpoints. As explained in Section 2.2.2, for *o*-phthalates, the TD endpoint of interest is antiandrogenicity. On the molecular level, antiandrogenicity involves several mechanisms such as androgen receptor antagonism, inhibition of androgen synthesis, and mimicking progesterone (progestogen), among others. Since the molecular mechanisms for antiandrogenicity vary, current (Q)SAR tools cannot capture all of these different mechanisms for an accurate prediction of antiandrogenicity for the evaluated *o*-phthalates. Although not

addressed in the current review, the development of (Q)SAR models for antiandrogencity associated mechanisms would be useful for the future. [59] Such models would be particularly useful for predicting antiandrogenicity of *o*-phthalates with a lack of in vivo testing data.

## 3.2. GENERAL TOXICOKINETIC CONSIDERATIONS

TK studies provide valuable information on the ADME of substances and their metabolites. [60] To identify substances that can be considered as pharmacologically related and grouped together for risk assessment, similarities in TK profiles across substances should be identified based on an analysis of the relevant data reported in TK studies. The relevant data include selected ADME parameters as well as semi-quantitative or qualitative information on the TK profiles of the substances if adequate quantitative data are not available. Some parameters and/or factors that are useful for identifying similarities (or differences) in TK profiles are as follows:

i.  Absorption: The extent of systemic absorption of a chemical can be assessed based on estimates of its oral bioavailability (F, expressed as %), the maximum plasma concentration (Cmax, usually expressed as mg/ml or µg/ml) and the time at which $C_{max}$ is reached ($T_{max}$, usually expressed as hours). [61] The parameter F is defined as the percentage of the administered oral dose of a substance that enters systemic circulation in comparison with its intravenous dose.

ii.  A higher apparent volume of distribution ($V_d$) of a substance implies that it is more widely distributed into the tissues rather than confined within the plasma, than a substance with a lower $V_d$.

iii.  Metabolism: A substance may either be eliminated unchanged from the body, or it may undergo biotransformation or metabolism to form metabolites. The liver is the primary organ of metabolism in the body; however, extrahepatic metabolism of several substances may occur in other organs, such as lungs, brain, and intestine. The metabolism of a substance is characterized based on its known pathways of metabolism, enzymes involved and nature (e.g., chemical aspects such as functional groups, formed after the first or subsequent reactions in the pathway of metabolism) of the metabolites.

iv.  Elimination: The elimination of a substance can be assessed based on the primary route (e.g., urine, feces) and parameters of elimination, including elimination rate constant (kel, expressed as time$^{-1}$), clearance (Cl, expressed as L/hour) and elimination half-life ($t_{1/2}$, expressed as minutes, hours, days, etc.). Generally, if the elimination rate of a substance is rapid (high $k_{el}$ ), it implies faster elimination from the system.[61] Cl is defined as the volume of plasma with a substance to be cleared per unit time by processes of metabolism and/or excretion. [62] In general, the Cl of a substance remains constant with an increase in dose indicating linear elimination kinetics. The $t_{1/2}$ is the time required for the plasma or blood concentration of a substance to be reduced to half of its initial value.

A longer $t_{1/2}$ of a substance implies its slower elimination from the body. $T_{1/2}$ is a critical parameter in determining the ability of a substance to accumulate (i.e., biopersist) in the body, which is indicative of potential toxicity. Therefore, this parameter is an important toxicity outcome to consider for grouping substances.

Mass balance and recovery of a substance from the body is one factor that can be examined when assessing the TK profile of a substance. This factor is referred to as a biologic marker of exposure of the substance which is measured in a compartment within the body or via route of elimination. It accounts for or contributes to the majority of the internal exposure and/or recovery of the substance as it gets eliminated from the body. [63] In general, the biologic markers of exposure are either the parent compounds themselves or their major metabolites that are eliminated in the urine and/or feces.

If the relevant data are not available to evaluate the TK profile of a substance, its TK properties may be predicted based on the available physicochemical data. For example, the n-octanol/water partition coefficient (log Kow or log P) is often used to assess lipophilicity and predict bioavailability of substances. [64] A higher value of log Kow indicates higher lipophilicity due to a high solubility in octanol (a non-polar solvent) whereas a lower value of log Kow indicates lower lipophilicity due to a high solubility in water.

## 3.3. OUR REVIEW OF CHEMICAL AND TOXICOKINETIC CONSIDERATIONS ON SELECT *O*-PHTHALATES

In this section, we discuss a strategy for grouping the targeted *o*-phthalates based on similarities in some chemical and TK characteristics. We first surveyed the literature for reliable data on their physicochemical properties and reported TK parameters. If physiochemical data or TK property data were not available for a substance, in silico tools were used to fill in data gaps by generating predicted parameters using their chemical structures. Proposed groupings were based on trends and similarities in these data. We then applied expert analysis to determine whether the two disciplines may overlap in their potential CPR groupings of *o*-phthalates.

### 3.3.1 CHEMICAL STRUCTURE AND PHYSICOCHEMICAL DATA

The general process of considering substances for grouping based on similarities in chemical structure involves selection of an appropriate database of substances for searching, followed by identification of substances within the database based on broad molecular structures, and then refining the selected substances based on specific structural features. For our current review, we searched publicly available databases of authorized substances (Inventory of Effective Food Contact Substance Notifications and Inventory of Food Contact Substances Listed in 21 CFR) utilizing the broad terms "benzenedicarboxyl" or "phthal" to ensure all *ortho*-phthalate isomers authorized for food contact substances would be captured. This search yielded a diverse collection of substances containing general benzenedicarboxylic acid diester structure (Figure 3), including phthalate copolymers, phthalic acids, phthalate anhydrides, *para*-phthalate esters,

*meta*-phthalate esters, and *ortho*-phthalate esters. From this broad grouping, all substances containing a core *o*-phthalate ester structure (a specific structural feature) were selected (i.e., the same eight substances listed in Section 1.2). The *o*-phthalates in this group differ in the side chains (R and R'; Figure 3), which can range from simple homologous straight-chain alkyl groups (e.g., DEP) to branched-chain groups (e.g., DEHP) to cyclic (e.g., DCHP) to heteroatom-containing groups (e.g., EPEG, BPBG).

After an initial selection of substances based on the broad criteria of *ortho*-phthalate ester structural feature, we gathered additional information on the identity of the substances, including Chemical Abstract Service (CAS) name, CAS registry number, and whether or not the substances are mixtures (e.g., unknown or variable composition, complex reaction products, biological materials). Fundamental chemical identity data can be obtained from a variety of sources including high-quality curated commercial databases (e.g., CAS) or publicly available databases like those maintained by government agencies (e.g., EPA CompTox Chemistry Dashboard, FDA Global Substance Registration System). Such detailed chemical identity information is important to assist in defining the allowed structural variations or restrictions in the defined group of substances.



**Figure 3**. Molecular (chemical) structures of benzenedicarboxylic acids/ester food contact substances and the subset of *ortho*-phthalate esters evaluated in this review.

High-quality identity information for the eight *o*-phthalates identified in the benzenedicarboxylic acid/ester search were obtained from SciFinder and public literature. [65-69] The names, structures, and CASRNs of these *o*-phthalates are presented in Supplementary Table S1. Five *o*-phthalates (EPEG, BPBG, DEP, DCHP, and DEHP) consist of a single, defined chemical substance with a single well-defined chemical structure. In contrast, three *o*-phthalates (DIOP, DINP, and DIDP) are not comprised of a single/unique substance but rather contain a mixture of isomers with varied compositions. For each phthalate mixture, the constituents differed by degree of branching and length of the side chain. In general, the side chain lengths were determined using the continuous C atoms in a chain. For EPEG and BPBG, the designated chain contains the glycolate alcohol moiety (two carbons for EPEG and four carbons for BPBG). For these three *o*-phthalates, the most abundant isomer was used as a representative structure for the phthalate. The representative isomer was also used to obtain any physicochemical properties (see Supplementary Table S1 for more information on composition and physiochemical properties).

The physicochemical properties of substances such as molecular weight and log Kow are important considerations for a potential CPR grouping because they may impact absorption, distribution, metabolism, and excretion of the substance. For the eight structurally diverse *o*-phthalates studied in this manuscript, the molecular weights had a wide range of 222 g/mol to 447 g/mol. For some isomeric *o*-phthalates, such as DIDP and DINP, their molecular weights were considered average values since they are comprised of a mixture of different isomers with various side chain lengths. Log Kow values for *o*-phthalates were also determined either computationally or experimentally. In the absence of experimental values, we used KOWWIN (EPI Suite, S. EPA) to calculate log Kow to EPEG, DCHP, BPBG, DIOP, DINP, and DIDP. Log Kow is a measure of hydrophobicity, which can affect toxicokinetics, bioavailability, bioaccumulation, and toxicity. The wide range in log Kow values for the *o*-phthalates from 2.19 to 10.28 is also a reflection of their structural diversity (see Supplementary Table 1).

### 3.3.1.1 ANALYSIS OF CHEMICAL STRUCTURE AND PHYSICOCHEMICAL TRENDS ACROSS *O*-PHTHALATES

Once the chemical structure for each *o*-phthalate was defined, potential global structural similarity among the *o*-phthalates was examined by Canvas software (release 2020-2, Schordinger LLC, New York, NY USA). The chemical structure of each *o*-phthalates was modeled using fingerprints, which are numerical representations of chemical structure. A fingerprint is a string of bits indicating the presence (1) or absence (0) of specific substructural features. Here we used two types of fingerprints: MACCS (molecular access system) keys and radial fingerprints. MACCS keys represent the molecule based on the presence or absence of 166 predefined substructural features, whereas radial fingerprints represent the molecule using substructural fragments of varying sizes. The fingerprints were then used to hierarchically cluster (group) the *o*-phthalates based on similarity using MACCS keys (Figure 4A) and radial fingerprints (Figure 4B). The dendrograms in Figures 4A and 4B illustrate the relationships of chemical structure similarity among the *o*-phthalates. The most similar *o*-phthalates are in the

same cluster color while the most distantly related *o*-phthalates are separated by the topmost horizontal line. The results show certain *o*-phthalates clustered in generally similar patterns regardless of the fingerprint used. These patterns consisted of DIOP, DINP, and DIDP consistently clustered in one group and EPEG and DEP consistently clustered in another. However, DEHP, BPBG, and DCHP clustered differently depending upon if MACCS keys or radial fingerprints were used. MACCS keys grouped BPBG with DEHP (Figure 4A), whereas radial fingerprints grouped it with EPEG, and DEP (Figure 4B). Similarly, MACCS keys portrayed DCHP as in an isolated cluster (Figure 4A), whereas radial fingerprints clustered DCHP with DEHP (Figure 4B). This inconsistency is due to the inherent difference in the algorithms used in these two models (i.e., MACCS keys and radial fingerprints). As our evaluation of the eight *o*-phthalates showed little structural similarity beyond the shared benzenedicarboxylic acid/ester structural feature, using fingerprints alone was not a sufficient approach to determine grouping as demonstrated by the variances between the computational models. These models may be more beneficial to analyzing other sets of chemicals that have a clearer correlation between physiochemical properties and/or chemical similarity and toxicological endpoints.



**Figure 4**. Clustering of *o*-phthalates based on molecular structure using (A) MACCS and (B) radial fingerprints. Fingerprints and hierarchical clustering were calculated by Canvas software (release 2020-2, Schordinger LLC, New York, NY USA) using Tanimoto similarity and Ward's minimum variance linkage.

Given the diversity of the structures of *o*-phthalates within this set, we then examined trends in physicochemical data to determine whether it would provide more specificity towards grouping determinations. While there is no definitive list of physiochemical properties to analyze for a proposed grouping, log Kow, molecular weight and structural features (such as side chain length) are commonly evaluated for chemical similarity and may be particularly relevant when considering substances with diverse structures. For our evaluation, to determine any trends among log Kow, molecular weight and side chain length, log Kow values were plotted separately

against molecular weight and side chain length and the data analyzed by linear regression. Strong correlations were observed between log Kow and side chain length ($R^2 = 0.95$, Figure 5A) or molecular weight ($R^2 = 0.86$, Figure 5B). Notably, when the log Kow is plotted against the number of carbon atoms in the side chain (Figure 5A), two main groups become apparent. The first group consists of more hydrophilic *o*-phthalates with log Kow values in the range of 2.2-4.15 (DEP, EPEG, and BPBG). The second group contains more hydrophobic *o*-phthalates (including DCHP, DEHP, DIOP, DINP, and DIDP) with log Kow values in the range of 6.2-10.28. When comparing molecular weight and log Kow, a similar general trend was observed: as molecular weight increases so does log Kow (Figure 5B). For the five substances that did not have sufficient toxicodynamic data to determine whether they could be grouped with DEHP, DCHP and DINP based on antiandrogenicity (Section 2.2.2), the trend lines seen in both Figures 5A and 5B overall indicate that DIOP falls within the range of groupings of DEHP, DCHP, and DINP based on log Kow versus chain length or molecular weight. Conversely, DEP, EPEG, and BPBG are lower on the line and DIDP is higher than the three antiandrogenic *o*-phthalates. Additional discussion regarding the inclusion or exclusion of these substances to the grouping of DEHP, DCHP and DINP is in Section 4.



**Figure 5**. Relationships between log Kow (octanol-water partition coefficient) vs. (A) phthalate side chain length and (B) molecular weight (MW). Points were fit by linear regression in Prism (version 9, GraphPad Software LLC, Boston, MA USA). (C) Clustering of *o*-phthalates based upon log Kow, MW, and side chain length. Green shading indicates relative values of physicochemical properties signifying minimum (light green) to maximum values (dark green). Hierarchical clustering was performed by JMP software (version 15, SAS Institute Inc., Cary, NC USA) using Tanimoto similarity and Ward's minimum variance linkage.

In addition, we grouped (hierarchically clustered) *o*-phthalates based upon a combination of all physicochemical properties simultaneously (side chain length, molecular weight, log Kow) using JMP software (version 15, SAS Institute Inc., Cary, NC USA). A heatmap summarizing the physicochemical properties (using relative scaling) is displayed in Figure 5C, along with dendrograms illustrating the groups (clusters). The most chemically similar *o*-phthalates are in similarly colored clusters (identified by colors in branches in the dendrogram) while the more

distantly related *o*-phthalates are separated by the different colors (i.e., blue and red) and the topmost horizontal line. The *o*-phthalates were split among two main clusters based upon overall physicochemical property similarity. One cluster contained DEP, EPEG, BPBG, and DCHP, whereas the other main cluster contained DEHP, DIOP, DINP, and DIDP. The side chain length, molecular weight and log Kow values all appear to influence the clustering as they all follow the same trend as illustrated by the heat maps (i.e., the values in general increase from left to right).

### 3.3.2. TOXICOKINETIC DATA

We evaluated available TK data on the eight *o*-phthalates that are subject of this review to identify similarities or trends in their TK profiles as a basis for a CPR grouping (Table 3). [9, 68, 70-77] The reviewed data included ADME information and experimental or predicted log Kow values together with structural characteristics of the ester side chains, such as their length (number of carbon atoms in the chain) and degree of branching. Although no ADME data on EPEG and BPBG were available, we used NAMs based on computational models to predict log Kow values [78] and potential metabolites for these two *o*-phthalates [79] for comparison to corresponding experimental data for the other six *o*-phthalates.

### 3.3.2.1 ANALYSIS OF TOXICOKINETIC TRENDS ACROSS *O*-PHTHALATES

Our review of the available data on absorption and distribution did not identify any differences in the absorption and distribution profiles of the evaluated *o*-phthalates. These *o*-phthalates are rapidly absorbed and distributed in most key organs of the body, such as liver and kidneys. They have short $t_{1/2}$ values and therefore do not exhibit a potential to accumulate in plasma or any of the tissues. Therefore, our analysis determined there was no potential for biopersistence of the *o*-phthalates evaluated.

Conversely, our review of the available data on metabolism and elimination of the selected *o*-phthalates identified some differences regarding their biologic markers of exposure and major route of elimination (Table 3). While the initial step in metabolism for all the evaluated *o*-phthalates is their hydrolysis to the monoesters, a trend emerged in the biologic markers of exposure based on ester side chain length and the route of elimination of the metabolites. This trend is independent of the variances in chemical structure (e.g., linear, branching, cyclic). For example, despite the difference in their chemical structure, DEHP (linear) and DCHP (cyclic) both exhibit the same biologic markers of exposure (i.e., their monoesters and the secondary and tertiary metabolites which are eliminated via urine and feces). The biologic markers of exposure for *o*-phthalates with a carbon backbone in their ester side chain of <6 carbons (i.e., DEP, [70, 71] EPEG, and BPBG) are primarily their monoesters (i.e., monoethyl phthalate (MEP) and monoesters of EPEG and BPBG, respectively). These monoesters are rapidly formed as a result of hydrolysis of the parent *o*-phthalate and then subsequently eliminated solely in the urine. In contrast, the biologic markers of exposure of *o*-phthalates with a carbon backbone in their ester side chain of ≥ 6 carbons (i.e., DEHP, [9] DCHP, [80] DIOP, [81] DINP, [74] and DIDP [75]) are their monoesters (i.e., mono-(2-ethylhexyl)phthalate (MEHP), mono-cyclohexyl phthalate

(MCHP), monoisooctyl phthalate (MiOP), monoisononyl phthalate (MiNP) and monoisodecyl phthalate (MiDP), respectively), followed by additional secondary and tertiary metabolites which formed as result of oxo-, hydroxy-, or carboxy- substitutions on the structure of the monoesters.

**Table 3. ADME information on select *o*-phthalates**

| Length of the alkyl side chain | *Ortho-*phthalate | CASRN | Log Kow | Biologic Marker(s) of Exposure (Reported or Predicted) | Major route of elimination |
|---|---|---|---|---|---|
| C2 | DEP | 84-66-2 | 2.42 | monoethyl phthalate (MEP) | Urine |
| C2 | EPEG | 84-72-0 | 2.19 | 21 unique metabolites, including monoesters of EPEG, ethyl glycolate, glucoronidated monoesters, glucoronidated glycolic acid, sulfonated glycol, taurine-conjugated monoester of EPEG, oxalic acid, ethanol | Urine |
| C4 | BPBG | 85-70-1 | 4.15 | 25 unique metabolites, including monoesters of BPBG, butyl glycolate, phthalic acid, and monobutyl phthalate | Urine |
| C6 | DEHP | 117-81-7 | 7.5 | mono-(2-ethylhexyl)phthalate (MEHP), and oxidation of the aliphatic side chain to form 5OH-MEHP, 5oxo-MEHP, 2cx-MEHP and 5cx-MEPP | Urine and feces |
| C6 | DCHP | 84-61-7 | 6.20 | monocyclohexyl phthalate (MCHP), and oxidation of the aliphatic side chain to form oxo-, carboxy- and hydroxy- metabolites | Urine and feces |
| C4-6 (70-75%) and ≥ C7 (<25%) | DIOP | 27554-26-3 | 8.32 | monoisooctyl phthalate (MiOP), as well as mono-(3-methyl-5-dimethylhexyl) phthalate and mono-(3-carboxypropyl) phthalate | Urine and feces |
| C8 and C9 (branched isomers) and C7 (dimethylheptanol; ~50%) | DINP | 28553-12-0 | 9.30 | monoisononyl phthalate (MINP) as well as monoesters with one hydroxyl (OH-MINP; 20.2%), one oxo (oxo-MINP; 11%) and one carboxy group (carboxy-MINP; 11%) | Urine and feces |
| C8 (Predominantly dimethyl octyl chains) | DIDP | 68515-49-1  26761-40-0 | 10.28 | monoisodecylphthalate (MiDP) , and its ω oxidation product of , mono(carboxy-isononyl) phthalate (MCiNP), as well as monooxoisodecyl phthalate (MOiDP) and monohydroxyisodecyl phthalate (MHiDP) | Urine and feces |

The monoesters as well as the secondary and tertiary metabolites of DEHP, DCHP, DIOP, DINP, and DIDP are eliminated via urine as well as feces. In addition, we identified some studies based on animal and in vitro models that reported a slower rate of hydrolysis to the monoesters for *o*-phthalates with a carbon backbone in their ester side chain of ≥ 6 carbons. For example, a time-

course hydrolysis study using bovine and porcine pancreatic cholesterol esterases showed that DEP (two carbons) was completely hydrolyzed to form monoethyl phthalate (MEP) within 15 minutes whereas the hydrolysis of DCHP (six carbons) took up to six hours. [81] Upon assessing these differences in metabolism of the reviewed *o*-phthalates, we concluded that the subsequent formation of secondary and tertiary metabolites for DEHP, DCHP, DIOP, DINP, and DIDP could be a result of the bulky larger alkyl side chains, which slows down their initial metabolism to the monoesters. Due to the absence of a large alkyl side chain in the structures of DEP, EPEG, and BPBG, their initial metabolism to the monoesters occurs rapidly and there is no subsequent formation of additional secondary and tertiary metabolites.

## 4. DISCUSSION ON GROUPING ACROSS DISCIPLINES

Regarding the totality of currently available toxicological data and information discussed in this manuscript, of the eight *o*-phthalates of interest, DEHP, DCHP, and DINP have robust toxicodynamic data supporting a grouping based on the common MOA of antiandrogenicity. Specifically, all three substances were supported by evidence to meet the two criteria: (1) reductions in at least two androgen-responsive tissues reported in more than one study, and (2) a decrease in AGD following gestational phthalate exposure, or a positive Hershberger bioassay (see Section 2.4.4). Additionally, there is sufficient toxicodynamic information to exclude DEP from grouping based on a common antiandrogenic MOA. For the remaining *o*-phthalates which did not have sufficient available toxicodynamic data to determine if they act through an antiandrogenic MOA (i.e., EPEG, BPBG, DIDP, and DIOP), we applied our analysis of their physiochemical properties and toxicokinetic profiles to determine whether similarities in these disciplines to the three established antiandrogenic compounds would support their inclusion in this grouping. This analysis, in conjunction with the toxicodynamic data that is currently available on these five *o*-phthalates, was used to make our final determination of whether the substances are CPR.

Physiochemical properties (i.e., log Kow and MW), are simple and general parameters which can be correlated to TD differences observed among the *o*-phthalates. The three established antiandrogenic compounds in this study (DINP, DEHP, and DCHP) fell in the middle range of the *o*-phthalates for the parameters molecular weight (330.42 g/mol- 418.61 g/mol), carbon chain length (4-7), and log Kow's (6.20-9.37). This conclusion is consistent with observations in other reviews of *o*-phthalates and their antiandrogenic potential. [7, 8] For example, the antiandrogenic potency of several *o*-phthalates was previously reported to be restricted to *o*-phthalates with three to seven (or eight) carbon atoms in the backbone of the alkyl side chain with the most potent *o*-phthalate containing an estimated five carbon atoms in the backbone. [82]

The biologic markers of exposure to DEP, EPEG, and BPBG are different than any of the established antiandrogenic compounds. These three substances have less than six carbons in the ester side chain, hydrolyze rapidly to their monoesters, and are subsequently eliminated in the urine. In contrast, the biologic markers of exposure for DEHP, DCHP, and DINP are formed as a

result of slower hydrolysis to their monoesters as well as the subsequent formation of additional secondary and tertiary metabolites, which are eliminated via urine and feces. The physiochemical properties of DEP, EPEG, and BPBG are similar to each other (Figure 5) but also differ from those for the established antiandrogenic compounds. For example, DEP and EPEG are located in the lower range of MW (222.24 -280.27 g/mol), carbon chain length (2) and log Kow's (2.19 – 2.42). Other reviews have also noted that an ester side chain carbon length of two is less than the range of chain lengths with reported antiandrogenicity. BPBG and EPEG did not have sufficient available TD data to meet our criteria for grouping by an antiandrogenic MOA. While available toxicodynamic data for DEP did have three reported significant antiandrogenic outcomes, only the decrease in testes weight was a reproducible outcome; therefore, DEP also did not meet both criteria for grouping (i.e., it did not meet criterion two). As the available TD, TK, and physiochemical data for EPEG and BPBG are more similar to DEP, which does not exhibit an antiandrogenic under our criteria, the data also does not support a strong consideration for inclusion for EPEG and BPBG into a CPR grouping with DEHP, DCHP, and DINP.

The available TD data for both DIOP and DIDP was not sufficient to allow evaluation against our criteria (see Section 2.2.4.) for grouping on the basis of an antiandrogenic MOA. DIDP exhibited one significant antiandrogenic outcome (i.e., positive Hershberger bioassay) but did not meet criterion one for a reduction in two androgen responsive tissues. In addition, the positive Hershberger assay finding occurred only at the highest dose tested (500 mg/kg bw/day), while the other doses tested did not report a positive finding. While the one available developmental and reproductive toxicity study conducted with DIOP did not report any positive findings within our criteria, of relevance outside of our criteria was that exposure to DIOP resulted in two additional potentially antiandrogenic outcomes in offspring following gestational exposure in rats.

Because there was insufficient TD data to include DIOP or DIDP based on an antiandrogenic MOA, we evaluated whether sufficient data existed to include either substance based on physiochemical properties and/or TK profiles. The TK profiles of DIOP and DIDP were similar to those of the three antiandrogenic compounds (DEHP, DCHP, and DINP) in that they all form secondary and tertiary metabolites in addition to the monoesters, all of which are excreted in urine and feces. Of these five substances, the chain length and MW of DIOP are within the range of the lowest (DEHP or DCHP) to the highest (DINP) values among the antiandrogenic group. Conversely, DIDP has the highest values of MW (446.67 g/mol) and chain length (eight) compared to all *o*-phthalates included in this review. As noted in Section 2.2, this longer chain length may be outside the scope of *o*-phthalates with potent antiandrogenic outcomes reported previously. Therefore, the similar biologic markers of exposure for DIOP compared with the other three antiandrogenic substances along with its position within the range of physiochemical properties presents a strong consideration for inclusion in the proposed grouping. However, unlike DIOP, DIDP is positioned at the upper limit of the range of physicochemical properties (i.e., highest log Kow, highest MW and longest chain length) compared to the other *o*-phthalates.

As no other phthalates included in this review are above DIDP in the range of physiochemical properties, there is uncertainty in whether the findings of similarities in physicochemical properties of the antiandrogenic substances could be extrapolated to DIDP. Therefore, while there are similarities in TK profiles, the uncertainty in physiochemical properties cannot support grouping DIDP with the antiandrogenic phthalates. In addition, DIDP did not meet our criteria for a positive finding in two in vivo studies to be included in the antiandrogenic grouping based on TD data. Rather, the gestational DIDP exposure in the only available reproductive study did not result in changes to AGD in the offspring, nor in testicular or accessory sex organ toxicity in adults.

We considered the weight of evidence to support the scientific feasibility of inclusion or exclusion of the substances DEP, EPEG, BPBG, DIOP, and/or DIDP into the grouping of DEHP, DCHP, and DINP which were previously established in this manuscript as CPR based on antiandrogenicity as the mutual MOA. Using the trends in physiochemical properties in conjunction with predictive TK profiles and the limited TD data available on these compounds, we recommend the conservative inclusion of DIOP based on its similar biologic markers of exposure, similar values for the physiochemical properties studied, and TD animal study showing two potential antiandrogenic outcomes. At this time, the weight of evidence does not support the inclusion of DEP, EPEG, BPBG, or DIDP based on the equivocal TD data demonstrating antiandrogenicity, the differences in biologic markers of exposure, and the indeterminate support of the similarities in physiochemical properties between these *o*-phthalates and the three established antiandrogenic compounds. The resulting CPR grouping for the purposes of CRA would therefore be DEHP, DCHP, DIOP, and DINP.

## 5. CONCLUSIONS AND NEXT STEPS

In this review, we surveyed the published scientific literature on eight *o*-phthalates that are currently authorized in the United States for food contact use as plasticizers. We assessed the similarities in the chemical structure, physicochemical properties, toxicokinetic characteristics, and toxicodynamic endpoints of these *o*-phthalates to determine which could be classified as CPR.

This work is intended to serve as a comprehensive scientific data review to establish a starting point to determine whether a group of substances may be considered CPR for the purposes of a CRA. This grouping was conducted by considering (1) known presence in food and authorized food contact uses; (2) toxicodynamic data (toxicological endpoint or group of endpoints and MOA); (3) chemical structure and physicochemical properties; and (4) toxicokinetic profiles. The order of grouping was based on a weight of evidence approach that included a review of published scientific data and application of a NAM (read-across approach) to fill in gaps in the

available databases. Based on our analysis of all evaluated information, we conclude that DEHP, DCHP, DIOP, and DINP could be considered CPR substances for the purposes of a CRA.

Our findings are consistent with the evaluation and groupings proposed by other regulatory bodies (see Section 1.3 for discussion of phthalate groupings by other regulatory bodies). Specifically, DCHP, DEHP, and DINP were included in the antiandrogenic grouping (or medium chain length category) by CHAP, EPA, and Health Canada, and DEHP and DINP were included in the grouping by EFSA (DCHP was not included in the evaluation). All four evaluations excluded DIDP from their antiandrogenic grouping. Lastly, our grouping conservatively includes DIOP, which was included in the medium-chain length (i.e., 3 to 7 carbons) grouping by Health Canada. All other phthalates included in the groupings by others (e.g., DIBP, DBP) were not included in this evaluation as they are not currently authorized for food contact use in the United States.

This work is intended to be utilized in the upcoming postmarket safety assessment of the food contact uses of DEHP, DCHP, DIOP, and DINP. FDA intends to apply this work in conjunction with a planned reevaluation of the current dietary exposures to these four substances resulting from their use in contact with food. In addition, this work is a demonstration of a comprehensive review of toxicodynamic data, toxicokinetic profiles, chemical structure and physiochemical properties applied to the evaluation of select substances for a CPR classification. While this evaluation is one example and cannot be directly applied as a step-by-step process to the evaluation of another set of substances, it demonstrates an approach to grouping using the data available in a systematic way to evaluate trends for data rich substances, as well as the utilization of NAMs to fill the data gaps for other substances. Analysis of data sets for different groups of substances should be conducted on a case-by-case basis and are needed to garner further insight before developing general considerations for approaches to appropriate CPR groupings for future CRAs.

## REFERENCES CITED

[1] K.S. Tomsho, M.R. Quinn, G. Adamkiewicz, T. James-Todd, Development of a Phthalate Environmental Reproductive Health Literacy (PERHL) Scale, Environ Health Perspect, 132 (2024) 47013.

[2] E.S. Barrett, K. Wadie, K. Getz, P. Greenberg, T. Moore, A.A.M. Llanos, Evaluating personal care product use by Environmental Working Group hazard scores in relation to consumers' sociodemographic characteristics, purchasing behaviors, and product safety perceptions, J Expo Sci Environ Epidemiol, 35 (2025) 921-932.

[3] K.S. Carlos, L.S. de Jager, T.H. Begley, Investigation of the primary plasticisers present in polyvinyl chloride (PVC) products currently authorised as food contact materials, Food Addit Contam Part A Chem Anal Control Expo Risk Assess, 35 (2018) 1214-1222.

[4] K.S. Carlos, L.S. de Jager, T.H. Begley, Determination of phthalate concentrations in paper-based fast food packaging available on the U.S. market, Food Addit Contam Part A Chem Anal Control Expo Risk Assess, 38 (2021) 501-512.

[5] OECD, Considerations for Assessing the Risks of Combined Exposure to Multiple Chemicals, Series on Testing and Assessment No. 296, Environment, Health and Safety Division, Environment Directorate, 2018.

[6] Draft Proposed Approach for Cumulative Risk Assessment of High-Priority Phthalates and a Manufacturer-Requested Phthalate under the Toxic Substances Control Act, EPA Document #EPA-740-P-23-002 https://www.regulations.gov/document/EPA-HQ-OPPT-2022-0918-0009.

[7] Chronic Hazard Advisory Panel (CHAP) on Phthalates and Phthalate Alternatives Final Report (2014).

[8] NAS, National Academy of Science Report: Phthalates and Cumulative Risk Assessment: The Task Ahead; National Research Council (US) Committee on the Health Risks of Phthalates. , National Academies Press, Washington (DC) 2008.

[9] EFSA Panel on Food Contact Materials, Enzymes and Processing Aids (CEP Panel)  Update of the risk assessment of di-butylphthalate (DBP), butyl-benzyl-phthalate (BBP), bis(2-ethylhexyl)phthalate (DEHP), di-isononylphthalate (DINP) and di-isodecylphthalate (DIDP) for use in food contact materials, 17 (2019) e05838.

[10] Health Canada. Screening assessment - Phthalate substance grouping. Environment and Climate Change Canada, Cat. No.: En14-393/2019E-PDF; ISBN 978-0-660-32979-6. December 2020.

[11] Revised Draft Technical Support Document for the Cumulative Risk Analysis of Di(2-ethylhexyl) Phthalate (DEHP), Dibutyl Phthalate (DBP), Butyl Benzyl Phthalate (BBP), Diisobutyl Phthalate (DIBP), Dicyclohexyl phthalate (DCHP), and Diisononyl Phthalate (DINP) Under the Toxic Substances Control Act. https://www.regulations.gov/document/EPA-HQ-OPPT-2024-0551-0053.

[12] Science Advisory Committee on Chemicals meeting minutes and final report, No. 2023-01 - A set of scientific issues being considered by the Environmental Protection Agency regarding: Draft Proposed Principles of Cumulative Risk Assessment (CRA) under the Toxic Substances Control Act and a Draft Proposed Approach for CRA of High-Priority Phthalates and a Manufacturer-Requested Phthalate. https://www.regulations.gov/document/EPA-HQ-OPPT-2022-0918-0067. .

[13] OECD, Guidance on Grouping of Chemicals, Second Edition, 2017.

[14] U.S. EPA. 2007. Concepts, Methods and Data Sources for Cumulative Health Risk Assessment of Multiple Chemicals, Exposures and Effects: A Resource Document. U.S. Environmental Protection Agency, National Center for Environmental Assessment, Cincinnati, OH. EPA/600/R-06/013F.

[15] U.S. EPA 2002. Guidance on Cumulative Risk Assessment of Pesticide Chemicals That Have a Common Mechanism of Toxicity. U.S. Environmental Protection Agency, Office of Pesticide Programs, Washington, D.C.

[16] U.S. EPA. 2002a. Organophosphate Pesticides: Revised Cumulative Risk Assessment. U.S. Environmental Protection Agency, Office of Pesticide Programs, Washington, DC.

[17] U.S. EPA 2007. Revised N-Methyl Carbamate Cumulative Risk Assessment. U.S. Environmental Protection Agency. Office of Pesticide Programs, Washington, DC. .

[18] U.S. EPA 2006. Cumulative Risk from Triazine Pesticides. U.S. Environmental Protection Agency Office of Pesticide Programs Health Effects Division, Washington, DC. .

[19] U.S. EPA 2006. Cumulative Risk from Chloroacetanilide Pesticides. U.S. Environmental Protection Agency Office of Pesticide Programs Health Effects Division, Washington, DC. .

[20] U.S. EPA 2011. Pyrethrins/Pyrethroid Cumulative Risk Assessment. U.S. Environmental Protection Agency Office of Pesticide Programs, Washington, DC. .

[21] ATSDR, Agency for Toxic Substances and Disease Registry (ATSDR) 2018. Framework for Assessing Health Impacts of Multiple Chemicals and Other Stressors. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service. , 2018.

[22] European Food Safety Authority (EFSA), 2013. International Framework Dealing with Human Risk Assessment of Combined Exposure to Multiple Chemicals. EFSA Journal 2013;11(7):3313. [69 pp.] doi:10.2903/j.efsa.2013.3313. Available online: www.efsa.europa.eu/efsajournal

[23] EFSA, EFSA Panel on Plant Protection Products and their Residues (PPR), 2014. Scientific Opinion on the identification of pesticides to be included in cumulative assessment groups on the basis of their toxicological profile (2014 update). EFSA Journal 2013;11(7):3293, 131 pp. doi:10.2903/j.efsa.2013.3293 2014.

[24] OECD, Test No. 414: Prenatal Developmental Toxicity Study, OECD Guidelines for the Testing of Chemicals, Section 4, OECD Publishing, Paris, https://doi.org/10.1787/9789264070820-en., 2018.

[25] U.S. EPA, Guidelines for Reproductive Toxicity Risk Assessment, in: EPA/630/R-96/009 (Ed.)Federal Register 61(212):56274-56322, 1996.

[26] J.V. Bonventre, L. Yang, Cellular pathophysiology of ischemic acute kidney injury, J Clin Invest, 121 (2011) 4210-4221.

[27] N. Fausto, Campbell JS, Riehle KJ., Liver regeneration, Hepatology, (2006) S45-53.

[28] J. Schardein, Chemically Induced Birth Defects (3rd ed.). CRC Press.2000.

[29] L. Earl Gray, Jr., Biologically relevant reductions in fetal testosterone and Insl3 induced by in utero exposure to high levels of di-isononyl phthalate (DINP) in male rats, Toxicol Appl Pharmacol, 465 (2023) 116454.

[30] V.S. Wilson, C.R. Blystone, A.K. Hotchkiss, C.V. Rider, L.E. Gray, Jr., Diverse mechanisms of anti-androgen action: impact on male rat reproductive tract development, Int J Androl, 31 (2008) 178-187.

[31] T.D. Blessinger, S.Y. Euling, L. Wang, K.A. Hogan, C. Cai, G. Klinefelter, A.M. Saillenfait, Ordinal dose-response modeling approach for the phthalate syndrome, Environ Int, 134 (2020) 105287.

[32] P.M. Foster, Disruption of reproductive development in male rat offspring following in utero exposure to phthalate esters, Int J Androl, 29 (2006) 140-147; discussion 181-145.

[33] P.J. Lioy, R. Hauser, C. Gennings, H.M. Koch, P.E. Mirkes, B.A. Schwetz, A. Kortenkamp, Assessment of phthalates/phthalate alternatives in children's toys and childcare articles: Review of the report including conclusions and recommendation of the Chronic Hazard Advisory Panel of the Consumer Product Safety Commission, Journal of Exposure Science & Environmental Epidemiology, 25 (2015) 343-353.

[34] R.J. Witorsch, J.A. Thomas, Personal care products and endocrine disruption: A critical review of the literature, Crit Rev Toxicol, 40 Suppl 3 (2010) 1-30.

[35] J.S. Fisher, Environmental anti-androgens and male reproductive health: focus on phthalates and testicular dysgenesis syndrome, Reproduction, 127 (2004) 305-315.

[36] J.S. Fisher, S. Macpherson, N. Marchetti, R.M. Sharpe, Human 'testicular dysgenesis syndrome': a possible model using in-utero exposure of the rat to dibutyl phthalate, Hum Reprod, 18 (2003) 1383-1394.

[37] G.X. Hu, Q.Q. Lian, R.S. Ge, D.O. Hardy, X.K. Li, Phthalate-induced testicular dysgenesis syndrome: Leydig cell influence, Trends Endocrinol Metab, 20 (2009) 139-145.

[38] Q. Li, Q. Zhu, F. Tian, J. Li, L. Shi, Y. Yu, Y. Zhu, H. Li, Y. Wang, R.S. Ge, X. Li, In utero di-(2-ethylhexyl) phthalate-induced testicular dysgenesis syndrome in male newborn rats is rescued by taxifolin through reducing oxidative stress, Toxicol Appl Pharmacol, 456 (2022) 116262.

[39] C.J. Willson, Phthalate Toxicity in Rats and Its Relation to Testicular Dysgenesis Syndrome in Humans, Toxicol Pathol, 49 (2021) 1416-1424.

[40] H.S. Kim, Y.P. Cheon, S.H. Lee, Hershberger Assays for Di-2-ethylhexyl Phthalate and Its Substitute Candidates, Dev Reprod, 22 (2018) 19-27.

[41] B.M. Lee, H.J. Koo, Hershberger assay for antiandrogenic effects of phthalates, J Toxicol Environ Health A, 70 (2007) 1365-1370.

[42] T. Stroheker, N. Cabaton, G. Nourdin, J.F. Regnier, J.C. Lhuguenot, M.C. Chagnon, Evaluation of anti-androgenic activity of di-(2-ethylhexyl)phthalate, Toxicology, 208 (2005) 115-121.

[43] R. Czernych, M. Chraniuk, P. Zagożdżon, L. Wolska, Characterization of estrogenic and androgenic activity of phthalates by the XenoScreen YES/YAS in vitro assay, Environ Toxicol Pharmacol, 53 (2017) 95-104.

[44] A. Najjar, A. Wilm, J. Meinhardt, N. Mueller, M. Boettcher, J. Ebmeyer, A. Schepky, D. Lange, Evaluation of new alternative methods for the identification of estrogenic, androgenic and steroidogenic effects: a comparative in vitro/in silico study, Archives of Toxicology, 98 (2024) 251-266.

[45] C.L. Schwartz, S. Christiansen, A.M. Vinggaard, M. Axelstad, U. Hass, T. Svingen, Anogenital distance as a toxicological or clinical marker for fetal androgen action and risk for reproductive disorders, Arch Toxicol, 93 (2019) 253-272.

[46] G.B. Clemens LG, Coniglio LP. , Prenatal endogenous androgenic influences on masculine sexual behavior and genital morphology in male and female rats., Horm Behav. , Feb (10) (1978) 40-53.

[47] D. Brown, K.R. Butterworth, I.F. Gaunt, P. Grasso, S.D. Gangolli, Short-term oral toxicity study of diethyl phthalate in the rat, Food Cosmet Toxicol, 16 (1978) 415-422.

[48] S. Fujii, K. Yabe, M. Furukawa, M. Hirata, M. Kiguchi, T. Ikka, A two-generation reproductive toxicity study of diethyl phthalate (DEP) in rats, J Toxicol Sci, 30 Spec No. (2005) 97-116.

[49] RTI International, 1984. Diethyl phthalate: Reproduction and fertility assessment in CD-1 mice when administered in the feed. RTI International, Research Triangle Park, NC, 1984.

[50] H.C. Hodge, E.A. Maynard, H.J. Blanchet, Jr., R.E. Hyatt, V.K. Rowe, H.C. Spencer, Chronic oral toxicity of ethyl phthalyl ethyl glycolate in rats and dogs, AMA Arch Ind Hyg Occup Med, 8 (1953) 289-295.

[51] A.M. Saillenfait, J.P. Sabate, A. Robert, B. Cossec, A.C. Roudot, F. Denis, M. Burgart, Adverse effects of diisooctyl phthalate on the male rat reproductive development following prenatal exposure, Reprod Toxicol, 42 (2013) 192-202.

[52] L.J. Hushka, S.J. Waterman, L.H. Keller, G.W. Trimmer, J.J. Freeman, J.L. Ambroso, M. Nicolich, R.H. McKee, Two-generation reproduction studies in Rats fed di-isodecyl phthalate, Reproductive Toxicology, 15 (2001) 153-169.

[53] G. Maggiora, M. Vogt, D. Stumpfe, J. Bajorath, Molecular similarity in medicinal chemistry, J Med Chem, 57 (2014) 3186-3204.

[54] D. Stumpfe, J. Bajorath, Exploring Activity Cliffs in Medicinal Chemistry, Journal of Medicinal Chemistry, 55 (2012) 2932-2942.

[55] W. Wohlleben, A. Mehling, R. Landsiedel, Lessons Learned from the Grouping of Chemicals to Assess Risks to Human Health, Angewandte Chemie International Edition, 62 (2023) e202210651.

[56] P.N.H. Wassenaar, E. Rorije, M.G. Vijver, W.J.G.M. Peijnenburg, Evaluating chemical similarity as a measure to identify potential substances of very high concern, Regulatory Toxicology and Pharmacology, 119 (2021) 104834.

[57] J.K. Anderson, R.W. Brecher, I.T. Cousins, J. DeWitt, H. Fiedler, K. Kannan, C.R. Kirman, J. Lipscomb, B. Priestly, R. Schoeny, J. Seed, M. Verner, S.M. Hays, Grouping of PFAS for human health risk assessment: Findings from an independent panel of experts, Regulatory Toxicology and Pharmacology, 134 (2022) 105226.

[58] EFSA, Guidance Document on Scientific criteria for grouping chemicals into assessment groups for human risk assessment of combined exposure to multiple chemicals, EFSA Journal, 19 (2021) e07033.

[59] F. Dong, B. Hardy, J. Liu, T. Mohoric, W. Guo, T. Exner, W. Tong, J. Dohler, D. Bachler, H. Hong, Development of a comprehensive open access "molecules with androgenic activity resource (MAAR)" to facilitate risk assessment of chemicals, Exp Biol Med (Maywood), 249 (2024) 10279.

[60] S.V. Kabadi, Y. Zang, J.W. Fisher, N. Smith, C. Whiteside, J. Aungst, Food ingredient safety evaluation: Utility and relevance of toxicokinetic methods, Toxicol Appl Pharmacol, 382 (2019) 114759.

[61] S.V. Kabadi, Lin, Z, Chapter 2: Introduction to Classical Pharmacokinetics: Physiologically Based Pharmacokinetic (PBPK) Modeling: Methods and Applications in Toxicology and Risk Assessment, Elsevier2020.

[62] S. Dhillon, & Gill, K. , Basic Pharmacokinetics., Pharmaceutical Press2006.

[63] NRC, National Research Council (NRC, US) Committee on Biologic Markers (1989). Markers of exposure in Biologic Markers in Pulmonary Toxicology. National Academies Press (US). Washington DC, 1989.

[64] G. Hodges, C. Eadsforth, B. Bossuyt, A. Bouvy, M.-H. Enrici, M. Geurts, M. Kotthoff, E. Michie, D. Miller, J. Müller, G. Oetter, J. Roberts, D. Schowanek, P. Sun, J. Venzmer, A comparison of log Kow (n-octanol–water partition coefficient) values for non-ionic, anionic, cationic and amphoteric surfactants determined using predictions and experimental methods, Environmental Sciences Europe, 31 (2019) 1.

[65] I.T. Cousins, D. Mackay, T.F. Parkerton, Physical-Chemical Properties and Evaluative Fate Modelling of Phthalate Esters, in: C.A. Staples (Ed.) Series Anthropogenic Compounds: Phtalate Esters, Springer Berlin Heidelberg, Berlin, Heidelberg, 2003, pp. 57-84.

[66] J.J. Ellington, Floyd, T.L.,, Octanol/water partition coefficients for eight phthalate esters. United States Environmental Protection Agency: Environmental Research Brief. Report no. EPA/600/S-96/006. , 1996.

[67] F. Leyder, P. Boulanger, Ultraviolet absorption, aqueous solubility, and octanol-water partition for several phthalates, Bull Environ Contam Toxicol, 30 (1983) 152-157.

[68] CPSC, U.S. Consumer Product Safety Commission; Memorandum dated April 12, 2010; "Overview of Phthalates Toxicity"; M.A. Babich to Danello, M.A. https://www.cpsc.gov/s3fs-public/phthalover.pdf 2010.

[69] ECB, European Chemicals Bureau. 1,2-benzenedicarboxylic acid, di-C19-11-branched alkyl esters, C10-rich (DIDP). European Union Risk Assessment Report (EURAR); cited in National Industrial Chemicals Notification and Assessment Scheme (NICNAS); Priority Existing Chemical Assessment Report 39; Diisodecyl phthalate Di-n-octyl phthalate; Sydney, Australia; 2015, (2003).

[70] CPSC, Consumer Product Safety Comission. Toxicity review of diethylphthalate (DEP). October 25, 2010; Carlson, K., Patton. L. to M.A. Babich, in: D.o.H. Sciences (Ed.), 2010.

[71] M.L. Kao, B. Ruoff, N. Bower, T. Aoki, C. Smart, G. Mannens, Pharmacokinetics, metabolism and excretion of 14C-monoethyl phthalate (MEP) and 14C-diethyl phthalate (DEP) after single oral and IV administration in the juvenile dog, Xenobiotica, 42 (2012) 389-397.

[72] M.-L. Hou, L.-W. Chang, C.-J. Chiang, Y.-H. Tsuang, C.-H. Lin, T.-H. Tsai, Pharmacokinetics of di-isononyl phthalate in freely moving rats by UPLC–MS/MS, International Journal of Pharmaceutics, 450 (2013) 36-43.

[73] E. EFSA Panel on Food Contact Materials, P. Aids, C. Lambré, J.M. Barat Baviera, C. Bolognesi, A. Chesson, P.S. Cocconcelli, R. Crebelli, D.M. Gott, K. Grob, E. Lampi, M. Mengelers, A. Mortensen, G. Rivière, I.-L. Steffensen, C. Tlustos, H. Van Loveren, L. Vernis, H. Zorn, B. Ahrens, E. Fabjan, R. Nicolas, L. Polci, K. Baert, K. Volk, L. Castle, Identification and prioritisation for risk assessment of phthalates, structurally similar substances and replacement substances potentially used as plasticisers in materials and articles intended to come into contact with food, EFSA Journal, 20 (2022) e07231.

[74] R.H. McKee, M. El-Hawari, M. Stoltz, F. Pallas, A.W. Lington, Absorption, disposition and metabolism of di-isononyl phthalate (DINP) in F-344 rats, Journal of Applied Toxicology, 22 (2002) 293-302.

[75] S.-H. Jeong, J.-H. Jang, H.-Y. Cho, Y.-B. Lee, Toxicokinetics of di-isodecyl phthalate and its major metabolites in rats through the application of a developed and validated UHPLC-ESI-MS/MS method, Archives of Toxicology, 95 (2021) 3515-3537.

[76] K. Kato, M.J. Silva, C. Wolf, L.E. Gray, L.L. Needham, A.M. Calafat, Urinary metabolites of diisodecyl phthalate in rats, Toxicology, 236 (2007) 114-122.

[77] M.J. Silva, J.A. Reidy, K. Kato, J.L. Preau, Jr., L.L. Needham, A.M. Calafat, Assessment of human exposure to di-isodecyl phthalate using oxidative metabolites as biomarkers, Biomarkers, 12 (2007) 133-144.

[78] EPI, Estimations Program Interface (EPI) Suite, KNOWWIN model version 1.69, US Environmental Protection Agency (EPA), Washington DC, Available at: https://www.epa.gov/tsca-screening-tools/epi-suitetm-estimation-program-interface, v. 4.1.1.

[79] M. Nexus, Meteor Nexus, Lhasa Limited, Leeds, UK. Available at: https://www.lhasalimited.org/solutions/metabolite-identification-and-analysis/, v 3.0.

[80] CPSC, US Consumer Product Safety Commission. Toxicity review of dicyclohexyl phthalate (DCHP). October 24, 2010. Carlson, K., Patton, L. to Babich, M., in: D.o.H. Sciences (Ed.), 2010a.

[81] T. Saito, P. Hong, R. Tanabe, K. Nagai, K. Kato, Enzymatic hydrolysis of structurally diverse phthalic acid esters by porcine and bovine pancreatic cholesterol esterases, Chemosphere, 81 (2010) 1544-1548.

[82] L.E. Gray, Jr., J. Ostby, J. Furr, M. Price, D.N. Veeramachaneni, L. Parks, Perinatal exposure to the phthalates DEHP, BBP, and DINP, but not DEP, DMP, or DOTP, alters sexual differentiation of the male rat, Toxicol Sci, 58 (2000) 350-365.

| SUPPLEMENTARY TABLE S1. NAMES, STRUCTURES, AND PHYSICOCHEMICAL PROPERTIES OF EIGHT O-PHTHALATES. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Substance | CASRN | Structure | Longest C Side Chain Length | Mixture? (Yes/No) | Molecular Weight (g/mol) | Log $K_{ow}$ |
| Diethyl phthalate (DEP) | 84-66-2 | | 2 | No | 222.24 | 2.42[a] |
| Ethyl phthalyl ethyl glycolate (EPEG) | 84-72-0 | | 2 | No | 280.27 | 2.19[b] |
| Dicyclohexyl phthalate (DCHP) | 84-61-7 | | 6 | No | 330.42 | 6.20[b] |
| Butyl phthalyl butyl glycolate (BPBG) | 85-70-1 | | 4 | No | 336.38 | 4.15[b] |
| Diisooctyl phthalate (DIOP) | 27554-26-3 | | 4-6 (70-75% isomers of C4-C6 backbone and 25% isomers of $\geq$ C7) | Yes | 390.56 | 8.32[b] |
| Di(ethylhexyl) phthalate (DEHP) | 117-81-7 | | 6 | No | 390.56 | 7.5[c] |

| | | | | | | |
|---|---|---|---|---|---|---|
| Diisononyl phthalate (DINP) | 68515-48-0 and 28553-12-0 | | 7 (CASRN 68515-48-0 is comprised of 10% methyl ethyl hexyl chains, 45-55% dimethyl heptyl chains, 5-20% methyl octyl chains, 0-1% nonyl chains, and 15-25% isodecyl chains; CASRN 28553-12-0 is 5-10% methyl ethyl hexyl chains, 40-45% dimethyl heptyl chains, 35-40% methyl octyl chains and 0-10% nonyl chains) | Yes | 418.61 | 9.30[b] |
| Diisodecyl phthalate (DIDP) | 68515-49-1 and 26761-40-0 | | 8 (70-78% dimethyl octyl chains, 0-10% trimethyl heptyl chains, and 0-10% methyl nonyl chains) | Yes | 446.67 | 10.28[b] |

[a]Ellington, J.J., Floyd, T.L., 1996. Octanol/water partition coefficients for eight phthalate esters. United States Environmental Protection Agency: Environmental Research Brief. Report no. EPA/600/S-96/006.

[b]KOWWIN (predicted)

[c]U.S. Consumer Product Safety Commission; Memorandum dated April 12, 2010; "Overview of O-phthalates Toxicity"; M.A. Babich to Danello, M.A. https://www.cpsc.gov/s3fs-public/phthalover.pdf

## CO-AUTHORS

Raymond P. Briñas (HFP)

Tsu-Fan Cheng (HFP)

Jeremy Gingrich (HFP)

Shruti V. Kabadi (HFP)

Michael F. Santillo (HFP)

Jessica H. Urbelis (HFP)

## OTHER CONTRIBUTORS

Mical Honigfort (HFP)

Paul Honigfort (formerly HFP)

Kristi Muldoon-Jacobs (HFP)

Steven Hermansky (HFP)

Kirk Arvidson (HFP)

Jason Aungst (HFP)

Mark Hartman (HFP)

Mary Ditto (HFP)

Susan Carlson (HFP)

Saniya Rattan (HFP)

Szabina Stice (HFP)

Patra Volarath (formerly HFP)