

May 29, 2026

***Via CM/ECF***

Clifton B. Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

> Re: Alaska Community Action on Toxics, et al. v. FDA, et al., No. 24-1382 (argued Feb. 2, 2026)

Dear Mr. Cislak,

Petitioners respectfully submit this response to FDA's May 27, 2026, letter, Dkt. No. 2175187 ("FDA Letter") informing the Court of FDA's publication of a *Review of Select Ortho-Phthalate Food Contact Substances as Chemically or Pharmacologically Related (CPR) Substances* (2026), Dkt. No. 2175187 ("FDA Review").

FDA does not attempt to explain the relevance of the FDA Review, which is not part of the administrative record and post-dates by more than a year the FDA Order challenged in this case. To the extent FDA suggests that the FDA Review promises an updated safety assessment for the Phthalate Additives at issue in this case, *see* FDA Letter 1 (asserting that a new "safety assessment … is [FDA's] planned next step"), that suggestion is contradicted by the FDA Review itself. The FDA Review explains that it is merely a preliminary "step that *could* inform a *potential* future cumulative risk assessment" for a subset of the Phthalate Additives. FDA Review 6 (emphases added). It "does not include a safety assessment or regulatory recommendations," *id.*—let alone regulatory changes to FDA's approval of the Phthalate Additives—and therefore does not affect Petitioners' claims or the need for relief from this Court. To the contrary, FDA continues to defer to an indeterminate future date the updated safety assessment Petitioners sought through their petition *a decade ago*, and which the Food Act required as part of a timely response to that petition.

Further, in adopting Petitioners' position that the phthalates DEHP, DCHP, DINP, and DIOP are sufficiently related to warrant analysis of their cumulative risks, the FDA Review is hardly "consistent with FDA's decision on review here." FDA Letter 2. The challenged FDA Order ignored these chemicals' cumulative risks despite the evidence Petitioners presented in both their 2016 petition and subsequent objections—an error that requires vacatur of FDA's Order. *See* Pet'rs' Br. 52–56, Dkt. No. 2146433; Pet'rs' Reply 15–19, Dkt. No. 2146434.

Respectfully submitted,

*/s/Katherine K. O'Brien*
KATHERINE K. O'BRIEN
Earthjustice
P.O. Box 2297
South Portland, Maine 04116
(212) 284-8036
kobrien@earthjustice.org

LAKENDRA S. BARAJAS
KELLY E. LESTER
Earthjustice
48 Wall St., Floor 15
New York, New York 10005
(212) 284-8025
(332) 251-0243
lbarajas@earthjustice.org
klester@earthjustice.org

*Counsel for Petitioners*

**CERTIFICATE OF COMPLIANCE AND SERVICE**

I certify that this document complies with the type-volume limitations of Fed. R. App. P. 28(j) because it contains 317 words.

I certify that on May 29, 2026, I electronically filed the foregoing document with the Court's CM/ECF system, which will serve each party's counsel of record.

*/s/Katherine K. O'Brien*
KATHERINE K. O'BRIEN